# Exhibit "C"

| | |
|---|---|
| **From:** | James |
| **To:** | Josh Asen; Aaron Abramowitz; |
| **Subject:** | Fwd: Starboard Yacht Group \| FINAL HUMPHREE REVISED "BUYERS ORDER" |
| **Attachments:** | 138myHeron1985_HumphreeAllSpeedFinsBuyersOrder_10_8_2024.pdf |
| **Sent:** | 3/12/2025 10:11:59 AM |

---------- Forwarded message ---------
From: **Jake Stratmann** <jake@starboardyacht.com>
Date: Tue, Oct 8, 2024 at 17:21
Subject: RE: Starboard Yacht Group | FINAL HUMPHREE REVISED "BUYERS ORDER"
To: James <yachtheron140@gmail.com>, Aaron Abramowitz <aaron@oceansyachting.com>
CC: Jeff Vrana <Jeff@starboardyacht.com>, Brian Kenny <Brian@starboardyacht.com>, Rick Pirozak <Rick@starboardyacht.com>, Pablo Raspo - Naval Architecture <Engineering@starboardyacht.com>

James and Aaron,

I hope you're both doing well. We are excited about this opportunity to work with you both. We know the performance on Heron will exceed expectations and highlight performance rarely seen with fins at rest, given Herons' hull design, in addition to a simple installation.

I'll send the attachment out with DocuSign. I have copied and pasted the items needing funding below for the first of three payments.

The below requires funding in full to secure delivery prior to ordering:

| N/U | Year | Make | Model | Stock # | VIN/HIN |
|---|---|---|---|---|---|
| New | 2024 | Humphree | Hum-Quad1.5 | 030963-BAU | |

| Pricing Details | |
|---|---|
| **Manufacturer Base Price** | **$326,947.00** |
| Freight & Dealer Prep | $7,115.00 |
| Aluminum Hull Inserts 'HUMPHREE PARTS R... (D) | $15,256.00 |

Total is 349,318.00 Deposit For Humphree equipment secured and shipped "estimate 60 days" from funding
NOTE: Holiday Season approaching:

Labor options below require funding of 50%; and as discussed would include the critical path items for delivery of drawings estimated to be complete within 30 days or less of funding: