# Exhibit "D"

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

Case No. 0:25-cv-61374-EA

HERON ENTERPRISES, LLC,
a Delaware Limited Liability Company,

Plaintiff,

v.

STARBOARD YACHT GROUP LLC,
a Florida Limited Liability Company, and
CHARLES J. STRATMANN, an individual,

Defendants.
_______________________________________/

**DECLARATION OF JOSHUA ASEN**

I, Joshua Asen, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Client Relationship Senior Manager for Rosewood Management Corporation. I have personal knowledge of the facts set forth herein and am competent to testify to them.

2. Starboard provided a written estimate and "Buyer's Order" for the project, identifying a New 2024 Humphree Hum-Quad1.5 system with a manufacturer base price of $326,947.00, options totaling $126,676.00, freight and dealer preparation of $7,115.00, and tax of $18,000.00, for a net selling price of $478,738.00. The Buyer's Order also included installation labor and related services, bringing the total contract value to $549,183.00.

3. Rosewood Management Corporation made the payments at issue to Starboard for the benefit of Heron Enterprises LLC, as reflected in **Composite Exhibit A**.

4. On or about October 11, 2024, an initial wire transfer of $362,183.00 was sent to Starboard as the initial deposit. *See* **Composite Exhibit A** at 1.

5. In November 2024, Starboard issued two additional deposit invoices totaling $187,000.00, one for $175,000.00 for the welding/stabilizer foundation work and one for $12,000.00 for additional services. The full amount of both invoices was paid on November 26, 2024. *See* **Composite Exhibit A** at 2.

6. In total, Heron wired $549,183.00 to Starboard, the full contract price.

7. On February 28, 2025, counsel sent a formal demand letter to Starboard demanding the immediate return of funds.

8. Starboard did not respond to or comply with the February 28, 2025 demand letter.

9. On April 8, 2025, counsel at Holland & Knight LLP sent a second and final demand letter to Starboard, Mr. Valcourt, and Mr. Stratmann, demanding the immediate return of $549,183.00.

10. Starboard did not respond to or comply with the April 8, 2025 demand letter.

11. To date, Starboard has not returned any portion of the $549,183.00 paid by Heron.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of September, 2026.

Signed by:

C5C07D47D3934B8...

Joshua Asen

# COMPOSITE EXHIBIT "A"

# Outgoing Payments Report

BANK OF AMERICA

**Company**: Rosewood Management Corporation
**Requester**: Wilkins, Jamie
**Date Range**: 10/11/2024 - 10/11/2024
**Run Date**: 10/14/2024 11:02:24 AM CDT

## Domestic High Value (Wire)

**Payment Category:Urgent/Wire**

**Status:** Confirmed By Bank
**Transaction Number:** 24AAE0305F8U2W47

### Debit Account Information

**Debit Bank:** [redacted]
**Debit Account:**
**Debit Account Name:** HERON ENTERPRISES LLC
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** Starboard Yacht Group
**Beneficiary Address:** 850 NE 3rd St Suite 208
**Beneficiary City:** Dania Beach
**Beneficiary Postal Code:** 33004
**Beneficiary Country:** US - United States of America

**Beneficiary Account:** [redacted]
**Beneficiary Bank ID:**
BANK OF AMERICA, NA
115 W 42ND ST, ONE BRYANT PARK
NEW YORK CITY
US - United States of America
**Beneficiary Email:** [redacted]
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Credit Amount:** 362,183.00
**Value Date:** 10/11/2024

### Optional Information

**Sender's Reference Number:** 24AAE0305F8U2W47
**Beneficiary Information:** Initial Deposit Payment
FBO Heron Enterprises LLC
Heron to Starboard Yacht Group

### Additional Routing

**Intermediary Bank ID:**
**Receiver Information:**

### Control Information

**Input:** jwilkins — **Input Time:** 10/10/2024 1:03:30 PM CDT
**Approver:** jwilkins — **Time:** 10/10/2024 1:23:33 PM CDT
**Approved:** jbannon — **Time:** 10/10/2024 1:48:33 PM CDT
**Initial Confirmation:** WTX:2024101000459534
**Confirmation #:** BOOK:2024101000459534

Docusign Envelope ID: 470CC15E-49F3-848B-8050-70E948C6717E

# Outgoing Payments Report

BANK OF AMERICA

**Company:** Rosewood Management Corporation
**Requester:** Bass, Melissa
**Date Range:** 11/26/2024 - 11/26/2024
**Run Date:** 11/26/2024 4:33:32 PM CST

## Domestic High Value (Wire)

**Payment Category:Urgent/Wire**

**Status:** Confirmed By Bank
**Transaction Number:** 24BQE1345CNY1O34
**Template Name:** Heron to Starboard Yacht Group
**Template Code:** Heron to Starboard Yacht Group

### Debit Account Information

**Debit Bank:** [redacted]
**Debit Account:**
**Debit Account Name:** HERON ENTERPRISES LLC
**Debit Currency:** USD

### Beneficiary Details

**Beneficiary Name:** Starboard Yacht Group
**Beneficiary Address:** 850 NE 3rd St Suite 208
**Beneficiary City:** Dania Beach
**Beneficiary Postal Code:** 33004
**Beneficiary Country:** US - United States of America

**Beneficiary Account:** [redacted]
**Beneficiary Bank ID:**
BANK OF AMERICA, N.A
NEW YORK, NY

US - United States of America
**Beneficiary Email:** [redacted]
**Beneficiary Mobile Number:**

### Payment Details

**Credit Currency:** USD
**Credit Amount:** 187,000.00
**Value Date:** 11/26/2024

### Optional Information

**Sender's Reference Number:** 24BQE1345CNY1O34
**Beneficiary Information:** Pay Invoices 175K and 12K
FBO Heron Enterprises LLC
Heron to Starboard Yacht Group

### Additional Routing

**Intermediary Bank ID:**
**Receiver Information:**

### Control Information

**Input:** mbassrosewd
**Approver:** mbassrosewd
**Approved:** geames
**Initial Confirmation:** WTX:2024112600619148
**Confirmation #:** BOOK:2024112600619148

**Input Time:** 11/26/2024 1:13:49 PM CST
**Time:** 11/26/2024 2:52:49 PM CST
**Time:** 11/26/2024 3:08:14 PM CST