# Exhibit "E"

# Custom Selected Stabalization Options "BUYERS ORDER"

| Salesperson Details |
|---|
| Name: Jake Stratmann Phone: 9548738546 Email: jake@starboardyacht.com |

Starboard YACHT GROUP

850 NE 3rd St, Suite 208
Dania Beach, FL 33004
Phone: (954)376-5400




| Buyer Information | |
|---|---|
| Baile, James | 954 552 8090 |
| 135 MY Heron 1985 Abeking Rasmussen | yachtheron140@gmail.com |

| N/U | Year | Make | Model | Stock # | VIN/HIN |
|---|---|---|---|---|---|
| New | 2024 | Humphree | Hum-Quad1.5 | 030963-BAU | |

| Options | |
|---|---|
| Humphree System Installation: DC Prep,... (D) | $22,370.00 |
| HOT WORK: Cost To Be Determined based o... (D) | $20,000.00 |
| Dedicated DC HUM Servo Power Supply w/ ... (D) | $19,730.00 |
| Naval Architecture and Engineering: Ide... (D) | $16,000.00 |
| Aluminum Hull Inserts 'OPTIONAL' (D) | $15,256.00 |
| Interferences: Prep site areas for ser... (D) | $11,390.00 |
| PARTS ONLY: Misc cables, breakers, misc... (D) | $9,730.00 |
| Remove Existing Quantum Fins and actuat... (D) | $9,730.00 |
| Protect Vessel and clean up from work p... (D) | $2,000.00 |
| Seatrial and commissioning of unit (D) | $400.00 |
| Additional Cable 5m (D) | $70.00 |

| Pricing Details | |
|---|---|
| **Manufacturer Base Price** | **$326,947.00** |
| Options Price | $126,676.00 |
| Freight & Dealer Prep | $7,115.00 |
| **Unit Subtotal** | $460,738.00 |
| Tax | $18,000.00 |
| **Net Selling Price** | **$478,738.00** |
| **Amount Financed** | **$478,738.00** |

[signature] 10/8/24
Customer Date

Dealer Representative Date

Starboard Yacht Group welcomes the opportunity to upgrade your boating experienc

Printed 10/07/2024
Thank You For Your Business!
This estimate is only an estimate and valid for 30 Days on Major Unit Pricing. Due to the nature of marine refits and repairs scope of work may change followed by changes to labor and costs of parts.
NO RETURNS ON ELECTRICAL PARTS!