# Exhibit "F"

Starboard YACHT GROUP

850 NE 3rd St, Suite 208
Dania Beach, FL 33004
Phone: (954)376-5400

**Deposit Invoice**
**Due: $175,000.00**

Doc Number: 42232
Service Writer: Elvis Lazama
Date Printed: 11/19/2024
Date In: 11/19/2024

James Baile
135 MY Heron 1985 Abeking

**Customer Information**
Cell Phone: 954 552 6090
Email: yachtheron140@gmail.com

## Summary

| | | Unit | Job | Job Total |
|---|---|---|---|---|
| ☐ | ☐ | 1985 Rasmussen 135 | Deposit Request for Welding Stabilizer Foundation | $175,000.00 |

| | |
|---|---|
| Job Subtotal: | $175,000.00 |
| Job Parts Subtotal: | $175,000.00 |
| Tax: | $0.00 |
| Total: | $175,000.00 |
| Less Deposits: | $0.00 |
| Total Due: | $175,000.00 |

Thank You For Your Business.

NO RETURNS ON ELECTRICAL PARTS!

Signed by:
11/22/2024
28323473F060413...

Signature: ______________________

Starboard
YACHT GROUP
850 NE 3rd St, Suite 208
Dania Beach, FL 33004
Phone: (954)376-5400

## Deposit Invoice
**Due: $12,000.00**

Doc Number: 42233
Service Writer: [illegible]
Date Printed: 11/19/2024
Date In: 11/19/2024

James Baile
135 MY Heron 1985 Abeking

**Customer Information**
Cell Phone: [illegible]
Email: [illegible]@gmail.com

## Summary

| | | Unit | Job | Job Total |
|---|---|---|---|---|
| ☐ | ☐ | 1985 Rasmussen 135 | Deposit request for interference removal | $12,000.00 |

| | |
|---|---|
| Job Subtotal: | $12,000.00 |
| Job Parts Subtotal: | $12,000.00 |
| Tax: | $0.00 |
| Total: | $12,000.00 |
| Less Deposits: | $0.00 |
| Total Due: | $12,000.00 |

Thank You For Your Business.

NO RETURNS ON ELECTRICAL PARTS!

Signed by:
11/22/2024
28323473F060413...

Signature: ____________________