# Exhibit "H"

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**IN ADMIRALTY**

**CASE NO: 23-CV-61696-SINGHAL**

STARBOARD YACHT GROUP LLC
A Florida Limited Liability Company,

Plaintiff/Counter-Defendant,

v.

M/V OCTOPUSSY a 1988 Heesen built
143-ft motor yacht, Registry No: JMP15060
her engines, tackle, boats, gear, appurtenances etc.,
*in rem*, and CONTESSA MARINE RESEARCH
LLC a Delaware limited liability Company,
*in personam*,

Defendants/Counter-Plaintiffs,

v.

CHARLES JAKE STRATMANN, individually,

Counter-Defendant.
__________________________________________/

**DEFENDANTS/COUNTER-PLAINTIFFS M/V OCTOPUSSY AND CONTESSA MARINE RESEARCH LLC'S ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM AGAINST STARBOARD YACHT GROUP LLC AND CHARLES JAKE STRATMANN**

The Defendants M/V OCTOPUSSY and CONTESSA MARINE RESEARCH LLC (""Octopussy," "Contessa" and collectively "Defendants"), by and through undersigned counsel, hereby files their Answer and Affirmative Defenses and states:

1. This allegation purports to state a legal conclusion rather than an allegation and no response is required. To the extent any response is required, the allegations of paragraph 1 are denied.

2. Admitted for jurisdictional purposes only.

3. Admitted that the Verified Complaint speaks for itself. To the extent this allegation purports to state a legal conclusion rather than an allegation no response is required. To the extent any response in required the allegations of paragraph 3 are denied.

4. Admitted for venue purposes only. Otherwise, denied.

5. Admitted for jurisdictional purposes only, otherwise denied. Denied to the extent it is alleged that a breach of contract occurred by any party except for Plaintiff. Defendants lack information sufficient to form a belief about the truth of the allegation that "Mr. Ivankovich may reside at…" because the allegation appears incomplete as no address is set forth, therefore denied.

**<u>THE PARTIES</u>**

6. Defendants lack information sufficient to form a belief about the truth of this allegation therefore denied.

7. Admitted.

8. Admitted.

9. Admitted.

10. Denied.

11. Denied.

12. Admitted only that the referenced document is attached to the Verified Complaint as Exhibit A. Otherwise denied.

13. Denied.

14. Defendants lack knowledge or information sufficient to form a belief about the truth of this allegation therefore denied.

**COUNT I FORECLOSURE OF A MARITIME LIEN FOR NECESSARIES**

OCTOPUSSY realleges and reasserts its responses to paragraphs 1 through 14 as if fully set forth herein.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Admitted that payments have been made. Otherwise, denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

All allegations not specifically admitted herein are denied. In addition, OCTOPUSSY denies each and every allegation contained in Plaintiff's wherefore clauses, denies Plaintiff is entitled to the relief requested and denies that Plaintiff is entitled to any relief.

**COUNT II BREACH OF MARITIME CONTRACT VS DEFENDANT CONTESSA MARINE RESEARCH**

CONTESSA re-alleges and reasserts its responses to Paragraphs 1 through 14 as if fully set forth herein.

24. Denied.

25. Denied.

26. Denied.

27. CONTESSA is without knowledge or information sufficient to form a belief about the truth of this allegation therefore denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

All allegations not specifically admitted herein are denied. In addition, CONTESSA denies each and every allegation contained in Plaintiff's wherefore clause, denies Plaintiff is entitled to the relief requested and denies that Plaintiff is entitled to any relief.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

As and for its First Affirmative Defense, Defendants state that Plaintiff fails to state a cause of action for foreclosure of maritime line because SYG, as project manager, was a general agent and not a special agent. A general agent is not entitled to a maritime lien as a matter of law.

### SECOND AFFIRMATIVE DEFENSE

As and for its Second Affirmative Defense, Defendants allege that Plaintiff fails to state a cause of action for a maritime lien because Plaintiff did not provide necessaries to the vessel within the meaning of maritime law and the Federal Maritime Lien Act, and/or Plaintiff was not authorized to provide the labor, equipment, parts, work and other items it claims it provided to the Vessel, Plaintiff is seeking sums for labor not provided and/or parts not supplied including 10% markup, and/or Plaintiff provided and/or caused to be provided equipment, materials, labor, work and parts to the vessel without authorization and/or not at a reasonable price.

**THIRD AFFIRMATIVE DEFENSE**

As and for its Third Affirmative Defenses, Defendants state that there is no lien because no payment is due to Plaintiff and no amount is owed as all monies have been paid. Rather, Defendants overfunded monies paid to Plaintiff for the refit project by at least $2,300,000.00 so that Plaintiff owes Defendants monies in the amount of at least $2,300,000.00.

**FOURTH AFFIRMATIVE DEFENSE**

As and for its Fourth Affirmative Defense, Defendants states that there is no maritime lien because the M/V OCTOPUSSY is a dead ship.

**FIFTH AFFIRMATIVE DEFENSE**

As and for its Fifth Affirmative Defenses, Defendants state that the amounts claimed by Plaintiff are fraudulent and the result of fraud. Plaintiff created fake invoices that were never received by Defendants during the course of the refit project in order to cover up its misappropriation and unauthorized use of the money. Plaintiff created the invoices after its fraud and theft was discovered and Plaintiff included terms that are beneficial to Plaintiff but were never agreed to by Defendants or approved of by Defendants. In fact, during the course of the refit project, Defendants asked Plaintiff for backup, and it was not provided. Plaintiff paid itself monies without authority or approval from Defendants and in breach of the terms of the refit project agreement.

**SIXTH AFFIRMATIVE DEFENSE**

As and for its Sixth Affirmative Defense, Defendants state that Plaintiff failed to mitigate its damages, if any, including by performing unnecessary, unauthorized, and duplicative work including but not limited to "engineering studies for the use of hydrogen fuel." Therefore, any damages awarded to Plaintiff should be reduced accordingly.

**SEVENTH AFFIRMATIVE DEFENSE**

As and for its Seventh Affirmative Defense, Defendants state that Plaintiff was the first to breach the refit project agreement including by failing to complete the refit work in a timely manner and in accordance with industry standards, provided and/or caused to be provided equipment, materials, and parts to the vessel without authorization and/or not at a reasonable price or agreed upon price. Plaintiff exceeded the budget of $4,000,000.00 without Defendants authority and/or without Defendants' knowledge.

**EIGHTH AFFIRMATIVE DEFENSE**

As and for its Eighth Affirmative Defense, Defendants state that Plaintiff's claims are barred by the doctrine of unclean hands because Plaintiff overcharged for shoddy work, billed for work not performed, billed for parts and materials not purchased, billed for equipment that was not necessary, improperly marked up invoices, misappropriated funds, performed work and purchased materials that were not authorized, purchased equipment that it did not have authority to purchase, and Plaintiff failed to perform its obligations as project manager in accordance with industry standards.

**NINTH AFFIRMATIVE DEFENSE**

As and for its Ninth affirmative Defense, Defendants state that Plaintiff's clams are blocked by accord and satisfaction as all amounts due to Plaintiff were paid. Defendants owe Plaintiff no money.

**TENTH AFFIRMATIVE DEFENSE**

As and for its Tenth Affirmative Defense, Defendants are entitled to a setoff against any judgment in Plaintiff's favor for all payments made to Plaintiff, payments made by Defendants for

payments that should have been paid by Plaintiff, and for equipment/parts/materials purchased and returned.

## COUNTERCLAIM

Counter-Plaintiff CONTESSA MARINE RESEARCH LLC ("Counter-Plaintiff" or "Contessa") by and through undersigned counsel, hereby files the following counterclaim against STARBOARD YACHT GROUP LLC ("SYG"), and CHARLES JAKE STRATMANN individually ("Mr. Stratmann") (collectively "Counter-Defendants"), pursuant to Fed, R. Civ. P. 13. In support, Counter-Plaintiff states the following:

## PARTIES JURISDICTION AND VENUE

1. This is an action for breach of contract, unjust enrichment, conversion, fraud and negligent misrepresentation.

2. This court has jurisdiction because this is a compulsory counterclaim under Fed. R. Civ. P. 13 because it arises out the same transaction or occurrence that is the subject matter of Starboard Yacht Group's claim.

3. This Court has supplemental jurisdiction pursuant to 28 U.S.C. §1367(a) because the asserted counter claims are so related to the claims in the Verified Complaint within this Court's original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

4. At all times material hereto, Starboard Yacht Group LLC ("SYG") is and was a Florida Limited Liability Company that maintains its principal place of business at 850 NE Third Street Suits 208, Dania Florida 33004 and was hired as project manager for M/Y Octopussy for the refit.

5. Charles Jake Stratmann (Mr. Stratmann"), is the manager and principal of Starboard Yacht Group. Mr. Stratmann is a U.S. citizen and resident of the State of Florida.

6. Contessa Marine Research LLC is a Delaware limited liability company.

7. The vessel, M/V Octopussy ("Vessel" or "Octopussy") is a Jamaican Flagged (Registry No: JMP15060), 143 Foot 1988 Heesen built motor yacht.

8. Venue is proper in the Southern District of Florida because Counter-Defendants engage in substantial activity in this district, including vessel repair and all alleged services and "necessaries" were provided to Octopussy in this district and the Octopussy was located in this district at the time the causes of action accrued.

9. All conditions precedent to bringing this counterclaim have occurred, been performed, waived and/or are excused.

**<u>GENERAL ALLEGATIONS</u>**

10. On or about May 24, 2022, Contessa hired SYG to act as project manager for the refit of Octopussy. Octopussy is a 1988 Heesen built motor yacht.

11. The refit scope was to do critical systems only for safe operation. SYG did not have authority to refurbish all systems and bring this more than 30 years old yacht to "like new condition."

12. Contessa and SYG agreed that the terms of the Project Management Agreement were that:

a. Contessa would pay SYG a project management fee only in the amount of $3,000.00 per week in exchange for SYG carrying out its duties as project manager with respect to the refit project. *See Exhibit 1.*

b. SYG was required to keep accounting records and perform the work on an open book basis.

c. SYG was required to complete a project refit budget, not to exceed $4 million dollars.

d. SYG was required to complete a scope of work and priorities list.

e. SYG was required to organize all third-party vendor contracts and pricing and review with Contessa weekly

f. SYG was required to negotiate best pricing on all needed parts and materials to keep costs in line with the budget.

g. All scopes of work required authorization and approval from Contessa.

h. The project was to be completed within 12 to 14 months therefore by July 2023.

i. Payment of a project management fee only was agreed to because SYG had never undertaken a project of this size and scope, and this was in return for Contessa giving SYG this opportunity which was of great value for SYG's business.

13. As project manager, SYG's responsibilities further included: creating a scope of work, creating a budget, creating a build schedule, selecting vendors, create an estimate for time and necessary components and activities, identifying potential vendors, soliciting bids for products and services from potential vendors, selecting the best quote from potential vendors, recommending the best quote to Contessa by submitting quotes and proposals, and coordinating with contractors and vendors for the procurement, delivery, receipt, and installation of purchased components and services.

14. SYG, through Jake Stratmann, would send emails requesting funding.

15. Contessa would send wires for a dollar amount and not for particular invoices. *A summary of the wires and the wires are attached hereto as Exhibit 2.*

16. This was accepted by Contessa because it trusted that SYG, through Mr. Stratmann, was requesting amounts due and properly applying the funds as directed and as agreed.

17. In fact, Mr. Stratmann made numerous statements, stating that he and SYG can be trusted and were functioning honestly and in Contessa's best interests.

a. On May 24, 2022, Mr. Stratmann emailed Mr. Ivankovich "Wanted to show some transparency as we are starting the PM [project manager] role onboard Octopussy…look forward to having more visibility and working with your team by bringing more assets, value and accountability." *See Exhibit 1.*

b. On May 25, 2022, Mr. Stratmann emailed Frank Mulder, stating "I am writing representing the best interest of Octopussy and the current owner..." *See email dated May 25, 2022 attached as Exhibit 3 (relevant portion is highlighted).*

c. On March 1, 2023, Mr. Stratmann emails Mr. Ivankovich, "Truth is the Right answer is our 1st core value!" *See Exhibit 4.*

d. On March 1, 2023 Mr. Stratmann emails Mr. Ivankovich, "SYG makes decisions on our core values ("Truth is the right answer, show you care, Give it your all, willing to learn, think forward.) What we do is use innovative technology better than new for the ultimate boating experience." *See Exhibit 4.*

e. On March 1, 2023 Mr. Stratmann emails Mr. Ivankovich, "We make things happen and find ways to do so efficiently to reduce costs." *See Exhibit 4.*

18. Between April 8, 2022 and March 31, 2023, Contessa wired SYG a total amount of $4,504,641.18. *A copy of the payments made by Contessa to SYG is attached as Exhibit 2.*

19. By March 1, 2023, with no real budget created by SYG, no design plan, and no build schedule, SYG had received $3,504,640.42 from Contessa Marine. *See Exhibit 2.*

20. On March 31, 2023, SYG received an additional One Million Dollars from Contessa. *See Exhibit 2.*

21. The wires made by Contessa between February 2023 through and including the last wire of $1,000,000.00 on March 31, 2023, zeroed out any balance plus a $100,000.00 surplus according to SYG's own accounting.

22. To date, no more than $1,498,067.24 can be accounted for by SYG or Mr. Stratmann.

23. Upon information and belief, Contessa overpaid SYG by at least $2.3 million for the Octopussy refit project.

24. On or about March 23, 2023, Mr. Ivankovich ordered that SYG stop all work on his projects, including the Octopussy refit, in order to conduct an audit to account for the monies paid to SYG.

25. Thereafter, upon information and belief, SYG created a series of internal invoices, which it calls Repair Orders, to account for Contessa's money.

26. The repair orders created by SYG contain false statements for the amounts due from Contessa because, *inter alia*, the invoices charge for labor, services, and parts that were never authorized and/or not performed or purchased, false labor charges, double billing for labor and a 10% markup that was never authorized.

27. The repair orders contain terms that were never disclosed or agreed to including that David J. Brenan will direct and review compliance with the Florida Yacht Refit Sales Tax 1 M cap regulations.

28. A majority of the invoices referenced in Exhibit A of the Verified Complaint were entered on the same day, June 10, 2022, which is before work referenced in the particular repair order was even done or the third party vendor was hired.

29. None of the invoices contain a labor breakdown or any detail to substantiate the amounts claimed.

30. SYG even double billed for labor. For example, SYG employee David Erb billed for "remove all Kamewa" on the same dates (1) January 5, 2023 and (2) February 15, 2023, for two different repair orders: 40590 and 40539. Also on January 5, 2023, while David Erb billed for "Remove all Kamewa equipment" in Repair Order 40539 per the "labor record," SYG also billed David Erb for "cut and rig main" in RO 40590 on the same date and same time. *A copy of Repair Orders 40539 and 40590 with corresponding timesheets are attached as Composite Exhibit 5 with the referenced entries highlighted.*

31. The Repair Orders created by SYG were not delivered to Contessa.

32. SYG and Mr. Stratmann included terms in the repair orders which it knows are not true and which were not agreed to.

**COUNT I BREACH OF CONTRACT (AGAINST SYG)**

33. Contessa realleges and reasserts paragraphs 1 through 32 as if fully set forth herein.

34. This is action for breach of contract.

35. On or about May 24, 2022, Contessa and SYG entered into an agreement whereby SYG was to act as project manager for the refit of OCTOPUSSY ("Project Management Agreement").

36. The terms of the Project Management Agreement were that:

a. Contessa would pay SYG a project management fee only in the amount of $3,000.00 per week in exchange for SYG carrying out its duties as project manager; See *Exhibit 1*.

b. The refit budget was not to exceed $4 million dollars;

c. SYG was required to keep accounting records and perform the work on an open

book basis;

d. SYG was required to complete a scope of work and priorities list;

e. SYG was required to organize all third-party vendor contracts and pricing and review with Contessa weekly;

f. SYG was required to negotiate best pricing on all parts and materials to keep costs in line with the budget;

g. All scopes of work required authorization and approval from Contessa;

h. The project was to be completed within 12 to 14 months therefore by July 2023.

37. Implied in the Project Management Agreement was that SYG was to perform its duties as project manger in accordance with standard project manager standards within the maritime industry and in good faith.

38. In addition to the weekly project management fee, Contessa would fund the scopes of work and equipment purchased from Third party Vendors and subcontractors.

39. The work, equipment and materials supplied by Third party vendors and contractors were subject to competitive bidding by SYG and approval by Contessa.

40. SYG was required to be accountable and transparent with fund requests and spending of Contessa's monies.

41. SYG materially breached the Project Management Agreement by its action and inactions, including, without limitation:

a. Failing to obtain Contessa's authorization and approval on subcontracted work and third-party vendor contracts;

b. Making payment of invoices, whether to itself or a third party, marked up above cost; it other words, charging a 10% markup or a cost-plus fee that was not agreed to;

c. Appropriating monies for third party vendors for itself, in a manner inconsistent with the Project Management Agreement;

d. Charging for labor not performed by SYG;

e. Double billing for labor allegedly performed by SYG employees, and without authorization;

f. Failing to adhere to standard project management standards;

g. Failing to invoice bi-weekly as agreed;

h. Failing to account for payment to third party vendors and contractors;

i. Failing to account for the $4,504,641.18 received from Contessa;

j. Failing to obtain approval and authorization for invoiced work;

k. Failing to complete the design phase of the project;

l. Failing to create a build schedule and budget;

m. Billing and/or accepting payment for work not performed;

n. Billing and/or accepting payment for work not authorized;

o. Billing and/or demanding payment that was not then due;

p. Failing to act in good faith including submitting budgets with miscalculations and paying itself;

q. Not paying third party vendors with monies allocated for the refit project;

r. Failing to complete the project on time causing increased and additional costs due to delays caused by SYG. The delays caused by SYG could have been avoided had

SYG not breached the Project Management Agreement;

s. Wrongfully and fraudulently invoicing and collecting payment on invoices for labor, materials and other amounts for work not performed and materials not ordered;

t. Failing to pay third party vendors and subcontractors;

u. Failing to properly perform work so that the work needs to be redone;

v. Failing to fully, properly and timely perform its work in accordance with the customary and industry standards and the Project Management Agreement;

w. Failing to properly carry out the dismantling of Octopussy by not having any plans or drawings for the reconstruction, despite repeated requests for such drawings and documentation, thereby causing damage that needs to be assessed and is approximated to be in the millions of United States Dollars;

42. As a direct and proximate cause of SYG's material breaches of the Project Management Agreement, Contessa has been damaged.

43. Contessa was further required to pay amounts incurred by SYG, for which SYG received monies from Contessa to pay these amounts, directly to third party vendors and subcontractors.

WHEREFORE, Contessa demands judgment against SYG for all damages including but not limited to, interest and costs, attorney's fees, special and consequential damages including cost of delay and damages caused by the delay, loss of reputation, loss revenue from chartering, cost for transporting the vessel to Dubai, and for such other and further relief as this Court deems just, equitable and proper.

**COUNT II UNJUST ENRICHMENT**
**(PLED IN THE ALTERNATIVE AGAINST SYG)**

44. Contessa realleges and incorporates the allegations contained in Paragraphs 1 through 11 and Paragraphs 13 through 32 as if fully set forth herein.

45. This is an action for unjust enrichment.

46. At all times material hereto, Contessa paid to SYG $4,504,641.18 which was for payment to third party vendors and subcontractors. *See Exhibit 2*.

47. SYG has knowledge of the benefit of the $4,504,641.18. conferred by Contessa as the monies were requested by SYG and received by SYG. *See Exhibit 2.*

48. SYG voluntarily accepted and retained the benefit of $4,504,641.18 conferred by Contessa.

49. To date, SYG is only able to account for at most $1,476,646.46 of the $4,504,641.18 that it received from Contessa. Accordingly, SYG received and is not able to account for $3,027,994.72, which is a benefit to SYG.

50. The circumstances are such that it would be inequitable for SYG to retain the benefits conferred upon it by Contessa without paying the value thereof to Contessa.

WHEREFORE, Contessa demands judgment against SYG for all damages, including but not limited to interest and costs and for such other relief as this Court deems just, equitable and proper.

**COUNT III CONVERSION (AS TO SYG)**

51. Contessa reasserts and realleges Paragraphs 1 through 32 as if fully set forth herein.

52. This is an action for conversion against SYG.

53. Between April 8, 2022, and March 31, 2023, Contessa wired SYG $4,504,641.18.

54. A copy of the wire payments from Contessa to SYG amounting to $4,504,641.18 are attached as *Exhibit 2*.

55. Contessa made the wire payments amounting to $4,504,641.18 at the request of SYG, the project manager, including for the Octopussy refit project.

56. The purpose of the $4,504,641.18 wired by Contessa to SYG as project manager was for SYG to properly allocate the funds to third party vendors and subcontractors. SYG was not authorized to allocate the monies to itself.

57. SYG wrongfully converted the monies when it applied the monies in a manner inconsistent with its purpose and for which it was not authorized. SYG's wrongful application of the monies included payments to itself.

58. To date, SYG is not able to account for $3,027,994.72 thereby depriving Contessa of its right to possess its money.

59. SYG was obligated to account for the $4,504,641.18 and make authorized payment to third party vendors and or subcontractors for approved work.

60. Contessa has not demanded return of the monies since doing so would be futile because on September 1, 2023, SYG filed this lawsuit claiming it is owed an additional $2,219,616.48.

61. Contessa has suffered damages due to SYG's conduct, such as but not limited to, being deprived of $3,027,994.72.

WHEREFORE, Contessa demands judgment against SYG for all damages, including but not limited to interest and costs and for such other relief as this Court deems just, equitable and proper.

**COUNT IV CONVERSION (AGAISNT CHARLES JAKE STRATMANN)**

62. Contessa reasserts and realleges Paragraphs 1 through 32 as if fully set forth herein.

63. This is an action for conversion against Mr. Stratmann individually.

64. Between April 8, 2022, and March 31, 2023, Contessa paid SYG $4,504,641.18. *See Exhibit 2.*

65. At all relevant times, Mr. Stratmann acted as the manager, principal, and CEO of SYG.

66. Mr. Stratmann individually requested the funded amounts, and was responsible for the accounting of the monies and payment of the monies, he exercised control over the monies, and he was the authorized signatory on checks and was the person authorized by SYG to make payment and disburse the monies belonging to Contessa.

67. A copy of the wire payments from Contessa to SYG amounting to $4,504,641.18 is attached as *Exhibit B*.

68. Contessa made the wire payments amounting to $4,504,641.18 at the request of Mr. Stratmann.

69. The purpose of the $4,504,641.18 wired by Contessa to Mr. Stratmann was for SYG to properly allocate the funds to third party vendors and subcontractors. Mr. Stratmann was not authorized to allocate the monies to himself or to SYG. All payments required Contessa's approval and authorization.

70. Mr. Stratmann wrongfully converted the monies when he applied the monies in a manner inconsistent with its purpose and for which it was not authorized.

71. As a manager of the company and signatory on the checks and the bank account, Mr. Strattman participated in and committed the conversion.

72. Mr. Stratmann is obligated to account for the $4,504,641.18.

73. To date, Mr. Stratmann is not able to account for $3,027,994.72 thereby depriving Contessa of its right to possess its money.

74. Contessa has not demanded return of the monies since doing so would be futile because on September 1, 2023, this lawsuit was filed, and Mr. Stratmann executed a verified complaint claiming an additional $2,219,616.48 in payment is owed.

75. As part of this lawsuit, Mr. Stratmann created and thereafter produced invoices that are fraudulent and were created for purposes of the litigation, and contain terms and items not agreed to by Contessa.

76. Contessa has suffered damages due to Mr. Stratmann's conduct, such as but not limited to, being deprived of $3,027,994.72.

WHEREFORE, Contessa demands judgment against Charles Jake Strattmann for all damages, including but not limited to interest and costs and for such other relief as this Court deems just, equitable and proper.

**<u>COUNT V FRAUD AS TO CHARLES JAKE STRATMANN INDIVIDUALLY</u>**

77. Contessa reasserts and realleges Paragraphs 1 through 32 as if fully set forth herein.

78. This is an action for fraud.

79. At all relevant times, Mr. Stratmann acted as the manager, principal, and CEO of SYG.

80. When SYG was project manager, Mr. Stratmann made false statements concerning the material fact of amounts owed by Contessa including making requests for funding stating that amounts were due for the Octopussy refit and otherwise from Contessa that he knew were false.

81. The amounts requested by Mr. Stratmann were not supported by invoices or other backup.

82. Rather, Mr. Stratmann sent spreadsheets with incorrect and unsupported figures. For example, on March 1, 2023, Mr. Stratmann sent an email to Mr. Ivankovich requesting and representing that $1,494,780.35 was required for funding. There was an error in the formula used

by SYG so that the total was significantly inflated. Upon information and belief, this mistake was intentional.

83. Mr. Stratmann knew that the representations for amounts due were false and intended that the representations that certain sums of monies were due be relied on by Contessa and in fact were relied on by Contessa.

84. Between April 8, 2022, and March 31, 2023, Contessa wired SYG $4,504,641.18. *Exhibit 2.*

85. To date, Mr. Stratmann can only account for $1,476,646.46.

86. As a result, Contessa was damaged by the false representations that monies were due, which it relied on as evidenced by the wires, because SYG is not able to account for $3,027,994.72.

87. As a result of Mr. Stratmann's false statements of material facts, Contessa overfunded the refit project by at least $2.3 million.

88. Further, on or around April 26, 2022, Jake Stratmann falsely stated that Contessa immediately needed to purchase three (3) Seakeepers stabilizers for Octopussy costing approximately $983,729.30 but that could be discounted to approximately $803,400.00, even though there was no design plan for the vessel or build schedule. SYG knew this representation was false.

89. SYG was a Seakeeper Dealer and held itself out as the 2021 Seakeeper dealer of the year and so therefore Mr. Stratmann is incentivized to sell Seakeepers.

90. Mr. Stratmann, with the trust of Contessa, intended to induce Contessa to rely on his representation that it knew to be false regarding the necessity and urgency to purchase the Seakeepers.

91. Contessa relied on the statement and did in fact purchase the Seakeepers. To date, the Seakeepers have not been installed as there was never even a design plan completed by SYG. Now the Seakeepers are outdated models.

92. Contessa was injured as a result of relying on the false statement of material fact because it ordered and purchased the Seakeepers that are now old outdated models, and no longer needed or of no use.

WHEREFORE, Contessa demands judgment against Charles Jake Stratmann for all damages, including but not limited to interest and costs and for such other relief as this Court deems just, equitable and proper.

**COUNT VI FRAUD AS TO SYG**

93. Contessa reasserts and realleges Paragraphs 1 thought 32 as if fully set forth herein.

94. SYG, as project manager, made false statements concerning the material fact of amounts owed by Contessa.

95. SYG, through Jake Stratmann, made false statements concerning the material fact of amounts owed by Contessa including making requests for funding stating that amounts were due for the Octopussy refit and otherwise from Contessa that it knew was false.

96. The amounts requested by SYG were not supported by invoices or other backup.

97. SYG falsely claims in its Verified Complaint, through Mr. Stratmann, that it provided materials and labor to repair the vessel, parts and machinery and dockage in the total amount of $5,922,825.60 of which $2,219,616.48 remains due and owing.

98. This is a false statement of material fact which SYG is not able to back up or substantiate so that it knows it is false.

99. While project manager, SYG also sent spreadsheets with incorrect and unsupported figures. For example, on March 1, 2023, SYG sent an email to Mr. Ivankovich requesting and representing that $1,494,780.35 was required for funding.

100. In fact, there was an error in the formula used by SYG so that the total was significantly inflated. *A copy of the email is attached as Exhibit 4.* Upon information and belief, this mistake was intentional.

101. SYG intended that the false statements that certain sums of monies were due be relied on by Contessa and in fact were relied on by Contessa.

102. Between April 8, 2022, and March 31, 2023, Contessa wired SYG $4,504,641.18.

103. To date, SYG can only account for $1,476,646.46.

104. As a result, Contessa was damaged by the false statements that monies were due, which it relied on, because SYG is not able to account for $3,027,994.72.

105. As a result of the false statements, Contessa overfunded the refit project by at least $2.3 million.

106. Further, on or around April 26, 2022, SYG, through Jake Stratmann, made a false statement concerning the material fact that Contessa immediately needed to purchase three (3) Seakeepers stabilizers for Octopussy costing approximately $983,729.30 but that could be discounted to approximately $803,400.00, even though there was no design plan for the vessel or build schedule. SYG knew this representation was false.

107. SYG was a Seakeeper Dealer and even held itself out as the 2021 Seakeeper dealer of the year and is therefore incentivized to sell Seakeepers.

108. SYG, as project manager and with the trust of Contessa, intended to induce Contessa to rely on its representation regarding the necessity and urgency to purchase the Seakeepers.

109. Contessa relied on the statement and did in fact purchase the Seakeepers. To date, the Seakeepers have not been installed as there was never even a design plan completed by SYG. Now the Seakeepers are outdated models and not needed.

110. Contessa was injured as a result of relying on the representation because it ordered and purchased the Seakeepers that are now old, outdated models, and, with no design plan, not of any use and no longer needed.

WHEREFORE, Contessa demands judgment against SYG for all damages, including but not limited to interest and costs and for such other relief as this Court deems just, equitable and proper.

## COUNT VII NEGLIGENT MISREPRESENTATION AS TO SYG

111. Contessa reasserts and realleges Paragraphs 1 thought 32 as if fully set forth herein.

112. SYG, in the course of its business and employment as project manager for Contessa and Octopussy, made misrepresentations concerning the material fact of amounts owed by Contessa.

113. SYG, through Jake Stratmann, made requests for funding for the Octopussy Refit and otherwise from Contessa which it knew was a misrepresentation, made the misrepresentation without knowledge of its truth or falsity or should have known the representation was false.

114. SYG was negligent in making the statement because it should have known the representation was false.

115. The amounts requested by SYG were not supported by invoices or other backup.

116. SYG misrepresents in its Verified Complaint, through Mr. Stratmann, that it provided

materials and labor to repair the vessel, parts and machinery and dockage in the total amount of $5,922,825.60 of which $2,219,616.48 remains due and owing.

117. This is a misrepresentation of material fact which SYG is not able to back up or substantiate.

118. While project manager, SYG sent spreadsheets with incorrect and unsupported figures. For example, on March 1, 2023, SYG, through Mr. Stratmann, sent an email to Mr. Ivankovich requesting and representing that $1,494,780.35 was required for funding.

119. In fact, there was an error in the formula used by SYG so that the total was significantly inflated. *A copy of the email is attached as Exhibit 4.*

120. SYG intended to induce Contessa to rely on the misrepresentation that certain sums of monies were due.

121. Contessa in fact relied on the misrepresentation that the requested sums of monies were due.

122. Between April 8, 2022, and March 31, 2023, Contessa wired SYG $4,504,641.18.

123. To date, SYG can only account for $1,476,646.46.

124. As a result, Contessa was injured by the misrepresentation that monies were due, which it justifiably relied on, because SYG is not able to account for $3,027,994.72.

125. As a result of the misrepresentations, Contessa overfunded the refit project by at least $2.3 million.

126. Further, on or around April 26, 2022, SYG, through Jake Stratmann, made misrepresentations concerning the material fact that Contessa immediately needed to purchase three (3) Seakeepers stabilizers for Octopussy costing approximately $983,729.30 but that could be discounted to approximately $803,400.00, even though there was no design plan for the vessel

or build schedule. SYG was a Seakeeper Dealer and even held itself out as Seakeeper dealer of the year and is therefore and otherwise incentivized to sell Seakeepers. SYG should have known that its representations that Contessa needed Seakeepers for Octopussy and/or immediately needed to purchase these Seakeepers were false, made the misrepresentation without knowledge of its truth or falsity or should have known the representations were false.

127. SYG was negligent in making these statements because it should have known the representations were false.

128. SYG, as project manager and with the trust of Contessa, intended to induce Contessa to rely on its representation regarding the necessity and urgency to purchase the Seakeepers

129. Contessa justifiably relied on the statements and did in fact purchase the Seakeepers. To date, the Seakeepers have not been installed as there was never even a design plan completed by SYG. Now the Seakeepers are outdated models and not needed.

130. Contessa was injured as a result of justifiably relying upon the misrepresentation because it ordered and purchased the Seakeepers that are now old, outdated models, and, with no design plan, not of any use and are not needed.

WHEREFORE, Contessa demands judgment against SYG for all damages, including but not limited to interest and costs and for such other relief as this Court deems just, equitable and proper.

**<u>COUNT VIII NEGLIGENT MISREPRESENTATION AS TO CHARLES JAKE STRATMANN INDIVIDUALLY</u>**

131. Contessa reasserts and realleges Paragraphs 1 through 32 as if fully set forth herein.

132. At all relevant times, Mr. Stratmann acted as the manager, principal and CEO of SYG.

133. Mr. Stratmann made requests for funding stating amounts were due for the refit and otherwise from Contessa which he knew was a misrepresentation, made the misrepresentation without knowledge of its truth or falsity or should have known the representation was false.

134. Mr. Stratmann was negligent in making the statements because he should have known the representations were false.

135. The amounts requested by Mr. Stratmann were not supported by invoices or other backup.

136. Rather, Mr. Stratmann sent spreadsheets with incorrect and unsupported figures. For example, on March 1, 2023, Mr. Stratmann sent an email to Mr. Ivankovich requesting and representing that $1,494,780.35 was required for funding. There was an error in the formula used so that the total was significantly inflated. *A copy of the email is attached as Exhibit 4.*

137. Mr. Stratmann intended to induce Contessa to rely on the misrepresentation that certain sums of monies were due.

138. Between April 8, 2022, and March 31, 2023, Contessa wired SYG $4,504,641.18. *See Exhibit 2.*

139. To date, Mr. Stratmann can only account for $1,476,646.46.

140. As a result, Contessa was injured by the misrepresentation that monies were due, which it justifiably relied on as evidenced by the wires, because SYG is not able to account for $3,027,994.72.

141. As a result of Mr. Stratmann's misrepresentations, Contessa overfunded the refit project by at least $2.3 million.

142. Further, on or around April 26, 2022, Mr. Stratmann, made misrepresentations concerning the material fact that Contessa immediately needed to purchase three (3) Seakeepers

stabilizers for Octopussy costing approximately $983,729.30 but that could be discounted to approximately $803,400.00, even though there was no design plan for the vessel or build schedule.

143. SYG was a Seakeeper Dealer and even held itself out as Seakeeper dealer of the year and therefore Mr. Stratmann is incentivized to sell Seakeepers.

144. Mr. Stratmann should have known that his representations that Contessa needed Seakeepers for Octopussy and/or immediately needed to purchase Seakpeepers were false, made the misrepresentations without knowledge of its truth or falsity or should have known that the representations were false.

145. Mr. Stratmann was negligent in making these statements because he should have known the representations were false.

146. Mr. Stratmann intended to induce Contessa to rely on his representations regarding the necessity and urgency to purchase the Seakeepers.

147. Contessa justifiably relied on the statements and did in fact purchase the Seakeepers. To date, the Seakeepers have not been installed as there was never even a design plan completed. Now the Seakeepers are outdated models and are not needed.

148. Contessa was injured as a result of justifiably relying upon the misrepresentation because it ordered and purchased the Seakeepers that are now old, outdated models, and, with no design plan, not of any use.

WHEREFORE, Contessa demands judgment against Charles Jake Stratmann for all damages, including but not limited to interest and costs and for such other relief as this Court deems just, equitable and proper.

**COUNT IX BREACH OF FIDUCIARY DUTY AS TO SYG AND CHARLES JAKE STRATMANN**

149. Contessa reasserts and realleges paragraphs 1 through 32 as if fully set forth herein.

150. At all times material hereto, SYG and Mr. Stratmann owed a fiduciary duty to Contessa.

151. On or about May 24, 2022, Contessa hired SYG to act as project manager for the refit project.

152. At all relevant times, Mr. Stratmann acted as the manager, principal and CEO of SYG

153. As project manager, SYG and Mr. Stratmann shared a relationship whereby Contessa reposed trust and confidence in SYG and Mr. Stratmann and thus SYG and Mr. Stratmann owed a fiduciary duty to Contessa.

154. Mr. Stratmann further asked for Contessa's trust and confidence which trust was reposed by Contessa and accepted by Mr. Stratmann and SYG.

155. From the beginning of the relationship, SYG and Mr. Stratmann represented to Contessa, specifically to Mr. Ivanovich, that SYG and Mr. Stratmann can be trusted. SYG and Mr. Stratmann further undertook such trust and confidence and assumed a duty to advise, counsel and protect Contessa.

156. SYG and Mr. Stratmann knowingly breached their fiduciary duty to Contessa.

157. SYG's and Mr. Stratmann's breaches of the fiduciary duty it owed to Contessa, separate and apart from its breaches of the Project Management Agreement, include but are not limited to:

a. Failing to act in the best interest of Contessa;

b. Creating false invoices;

c. Claiming amounts due that are not in fact due, charging for labor that was not performed, and charging for parts and equipment that were not purchased;

d. Billing for work and labor that was never performed;

e. Requiring funding resulting in an overpayment;

f. Failing to account for monies received from Contessa;

g. Charging a 10% markup that was not agreed to;

h. Converting Contessa' funds for its own use and in an unauthorized manner;

i. Failing to obtain authorization to perform work;

j. Performing unauthorized work and labor;

k. Entering into agreements to purchase materials, parts and supplies without authorization;

l. Exceeding the agreed budget;

m. Applying Contessa's funds to pay itself without authorization;

n. Failing to seek bids from other dealers and suppliers of Seakeepers in order to get the best price;

o. Exploiting its position to financially benefit by, including but not limited to, purchasing equipment such as air conditioners which it then leased to Contessa at an inflated cost instead of suggesting that the system be bought and owned by Contessa;

p. Failing to negotiate best pricing on all needed parts and materials to keep costs in line with the budgets in order to financially benefit;

q. Failing to act in good faith including submitting budgets with miscalculations and paying itself when it was not permitted;

r. Exploiting Contessa for its financial benefit and gain;

s. Failing to properly estimate and disclose the cost of systems and works in order to financially benefit by performing the work that it knew would not be approved had

the true cost been disclosed;

158. SYG'S and Mr. Stratmann's breaches directly and proximately caused Contessa to suffer damages.

159. SYG'S and Mr. Stratmann's breaches also caused Contessa to suffer special damages in the form of having to pay third party vendors that SYG and Mr. Stratmann should have paid.

WHEREFORE, Contessa demands judgment against Mr. Stratmann and SYG for all damages including special damages plus cost interest and such other relief which this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Counter-Plaintiff demands a jury trial on all issues triable by jury.

Dated: October 31, 2023

Respectfully submitted,

Moore & Company, P.A.
255 Aragon Avenue, 3rd Floor
Coral Gables, FL 33134
Telephone: 786-221-0600
Facsimile 786-2201-0601
michael@moore-and-co.com
cflitman@moore-and-co.com
*Counsel for Defendants/Counter-Plaintiff*
*M/V Octopussy and Contessa Marine Research LLC*

s/Caycie Flitman
Michael T. More, Esq.
Florida Bar No. 207845
Caycie Flitman, Esq.
Florida Bar No. 55826

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of October 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Caycie Flitman
Caycie Flitman, Esq.
Florida Bar No. 55826

**SERVICE LIST**

Matthew J. Valcourt, Esq.
VALCOURT AND ASSOCIATES LLC
850 NE Third Street, Suite 208
Dania, FL 33004
Telephone: 305-763-2891
Facsimile: 305-470-7484
mvalcourt@valcourtlaw.com
*Counsel for Plaintiff/Counter-Defendant, Starboard Yacht Group LLC*

**From:** **Jake Stratmann** jake@starboardyacht.com
**Subject:** FW: Recommendations and Requirements for tasking to a PM position on MY Octopussy
**Date:** May 24, 2022 at 5:30 PM
**To:** Joe Seinitz jseinitz@yahoo.com
**Cc:** Steven IVANKOVICH sivankovic@me.com, Jeff Vrana Jeff@starboardyacht.com, Theresa Theresa@starboardyacht.com

Joe and Steve,

Hope this email finds you both doing well.

Wanted to show some transparency as we are starting the PM Role onboard Octopussy. Below is the email from Jeff and attached his recommendations for PM success which I agree with and is well written.

I've also copied Theresa who will generate an invoice for payment as discussed at 3,000 per week and billed bi-weekly or in 2 week increments to avoid excessive paperwork and payments.

Look forward to having more visibility and working with your team by bringing more assets, value, and accountability.

Please review and let me know if you have any feedback, questions, or comments.

Respectfully,

**Respectfully,**

***Jake Stratmann***
**CEO**

Starboard YACHT GROUP

SEAKEEPER 2021 DEALER OF THE YEAR AMERICAS STARBOARD YACHT GROUP

*Starboard Yacht Group*

**850 N.E. Third Street Suite 208**
**Dania Beach, Florida, 33004**
Jake@StarboardYacht.com
**Office: (954) 376-5400**
**Mobile: (954) 873-8546**
Fax: (954) 920-6255

EXHIBIT
1

www.StarboardYacht.com

***We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!***

**From:** Jeff Vrana <Jeff@starboardyacht.com>
**Sent:** Tuesday, May 24, 2022 4:03 PM
**To:** Jake Stratmann <jake@starboardyacht.com>
**Subject:** Recommendations and Requirements for tasking to a PM position on MY Octopussy

Hi Jake

Here is my tried and true normal working requirements for this handover PM position to be successful.
These responsibility's and requirements for a yachts refit period project management position will allow ownership, and all staff to at any time to download and see progress and have operational input daily and during weekly planning meetings.

Thank you for considering me for this role on a vessel of this pedigree and yachting prestige.

Regards

Jeff Vrana
Senior Engineer
USCG Chief Engineer Steam/Diesel/Gas Turbin.

Starboard YACHT GROUP

SEAKEEPER 2021 DEALER OF THE YEAR STARBOARD YACHT GROUP

## *Starboard Yacht Group*

**850 N.E. Third Street Suite 208**
**Dania Beach, Florida, 33004**
Jeff@StarboardYacht.com
**Office: (954) 376-5400**
**Mobile: (954) 558-7436**
Fax: (954) 920-6255
www.StarboardYacht.com

***We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!***

SEAKEEPER DEALER
HUMPHREE®
Raymarine
FLIR
Fischer Panda
LAUDERDALE MARINE CENTER LMC 2021 AUTHORIZED CONTRACTOR
OPTIMUS360 DOMETIC
LUMITEC

Jeff Vrana PM

Jeff Vrana PM
Taskin...y..docx

**Funding From Contessa Marine Research LLC to Starboard Yacht Group LLC**

| | **Amount** | **Date Wired** |
|---|---|---|
| | $12,862.00 | 4/8/22 |
| | $827,699.42 | 6/20/22 |
| | $150,000.00 | 7/22/22 |
| | $500,000.00 | 9/9/22 |
| | $450,000.00 | 9/12/22 |
| | $100,000.00 | 9/14/22 |
| | $200,000.00 | 9/22/22 |
| | $60,000.00 | 9/26/22 |
| | $254,079.76 | 9/28/22 |
| | $300,000.00 | 1/11/23 |
| | $500,000.00 | 1/18/23 |
| | $150,000.00 | 2/10/23 |
| | $1,000,000.00 | 3/31/23 |
| **TOTAL** | **$4,604,641.18** | |

EXHIBIT
2

CHASE for BUSINESS®
Printed from Chase for Business

| Wire date | Status | Wire to | Transaction number | Transfer amount | Amount |
|---|---|---|---|---|---|
| Feb 10, 2023 | Completed | Starboard Yacht Group | 8004835378 | $150,000.00 | $150,000.00 USD |
| Jan 18, 2023 | Completed | Starboard Yacht Group | 8003876733 | $500,000.00 | $500,000.00 USD |
| Jan 11, 2023 | Completed | Starboard Yacht Group | 8003632874 | $300,000.00 | $300,000.00 USD |
| Sep 28, 2022 | Completed | Starboard Yacht Group | 5354467021 | $254,079.76 | $254,079.76 USD |
| Sep 26, 2022 | Completed | Starboard Yacht Group | 5354156359 | $60,000.00 | $60,000.00 USD |
| Sep 22, 2022 | Completed | Starboard Yacht Group | 5353740842 | $200,000.00 | $200,000.00 USD |
| Sep 14, 2022 | Completed | Starboard Yacht Group | 5352577035 | $100,000.00 | $100,000.00 USD |
| Sep 12, 2022 | Completed | Starboard Yacht Group | 5352232403 | $450,000.00 | $450,000.00 USD |
| Sep 9, 2022 | Completed | Starboard Yacht Group | 5352024165 | $500,000.00 | $500,000.00 USD |
| Apr 8, 2022 | Completed | Starboard Yacht Group | 5330220993 | $12,862.00 | $12,862.00 USD |

Morgan Chase Bank, N.A. Member FDIC ©2023 JPMorgan Chase & Co. Equal Housing Opportunity

From Stifel

**External Wire Transfer**

| | |
|---|---|
| From Account Name | Contessa Marine Research LLC |
| From Account Number | [redacted]-8848 |
| Bank Name | Bank of America |
| Routing Number | 026009593 |
| Account Name | Starboard Yacht Group |
| Account Number | [redacted]0671 |
| Account Address | 850 N.E. Third Street Suite 208<br>Dania Beach, Florida, 33004 |
| Amount | 827,699.42 |
| Note | Invoice Payment |

**External Wire Transfer**

| | |
|---|---|
| From Account Name | Contessa Marine Research LLC |
| From Account Number | [redacted]-8848 |
| Bank Name | Bank of America |
| Routing Number | 026009593 |
| Account Name | Starboard Yacht Group |
| Account Number | [redacted]0671 |
| Account Address | 850 N.E. Third Street Suite 208<br>Dania Beach, Florida, 33004 |
| Amount | 150,000.00 |
| Note | Invoice Payment |

Mar 31, 2023 From Chase Account Number [redacted]3681

DOMESTIC WIRE TRANSFER VIA: BK AMER NYC/026009593 A/C: STARBOARD YACHT GROUP IMAD: 0331B1QGC08C053005 TRN: 3608323090ES 03/31
Outgoing wire transfer $1,000,000.00

Jan 18, 2023 From Chase Account Number [redacted]86357

ONLINE DOMESTIC WIRE TRANSFER VIA: BK AMER NYC/026009593 A/C: STARBOARD YACHT GROUP DANIA BEACH FL 33004 US IMAD: 0118B1QGC08C003442 TRN: 3111113018ES 01/18
Outgoing wire transfer $500,000.00

Jan 11, 2023 From Chase Account Number [redacted]86357

ONLINE DOMESTIC WIRE TRANSFER VIA: BK AMER NYC/026009593 A/C: STARBOARD YACHT GROUP DANIA BEACH FL 33004 US IMAD: 0111B1QGC07C011265 TRN: 3172523011ES 01/11
Outgoing wire transfer $300,000.00

<image011.jpg>

On 26 May 2022, at 23:32, Jake Stratmann
<jake@starboardyacht.com> wrote:

Frank,

I sent intended to you yesterday in case you didn't receive it.

See below, was sent to Info@mulderdesign.nl

Respectfully,

**Respectfully,**

***Jake Stratmann***
**CEO**

<image001.png>
<image002.png>
***Starboard Yacht Group***

**850 N.E. Third Street Suite 208**
**Dania Beach, Florida, 33004**
Jake@StarboardYacht.com
**Office: (954) 376-5400**
**Mobile: (954) 873-8546**
Fax: (954) 920-6255
www.StarboardYacht.com

***We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!***
<image003.png> <image004.jpg> <image005.png>
<image006.jpg>
<image007.jpg> <image008.png> <image009.png> <image010.jpg>

**From:** Jake Stratmann
**Sent:** Wednesday, May 25, 2022 9:58 PM
**To:** Frank Mulder (info@mulderdesign.nl) <info@mulderdesign.nl>
**Subject:** Starboard Yacht Group / Intro / Octopussy / Rick Thomas

Frank Mulder,

I hope this email finds you doing well.   I know your time is of value

EXHIBIT
3

I hope this email finds you doing well. I know your time is of value and I have no intention of wasting it. I'm writing representing the best interest of Octopussy and the current owner in collaboration with my Team as we specialize in innovative products and technology refits here in Fort Lauderdale Florida and our vision is to upgrade vessel to better than new through proper engineering, design and planning of our brand partners for the ultimate yachting experience.

I understand the US has little history compared to the deep-rooted industry you've built and have emersed into in Holland; however, people love Florida and Boats follow. I've been involved with Octopussy starting in 2011 directly and indirectly as my employee quit my firm as a friend to onboard the refit from 2010ish to 2013ish and have much knowledge of the vessel. Our current Engineer Jeff Vrana was onboard a Sea trial in the Late 80s and is intimately familiar with the vessel and it's ship systems. We all know the Iconic history and we need your help as we evaluate the best plan to move forward to preserve the vessels roots, repair bad past decisions and outfit the vessel with an intention to provide the ultimate yachting experience for the new owners and guests.

I have been collaborating with Rick Thomas who should be reaching out to make this introduction; however, I'm impatient and hope this email is well received. I discussed a consulting agreement with the owners and am open to an alternative option you can provide to engage as it's my understanding you provided plans for a modification done apox 4 years ago by All Points and I'm currently awaiting the 3d Scan sent to Rick today to share with you in hopes you can provide support to complete the entire hull model using your existing plans into a Rhino file for collaboration and evaluation. During haul out, I requested the waterline to be well identified and it is my hope Murry and Associates who performed the scans can detail this on the drawings or we can obtain this with the vessel currently in the water and provide the necessary tank capacities to a level of confidence that can be relied upon for purposes of making equipment selection and predictions.

You would be the best to advise how we can obtain the hull drawings efficiently for the analysis by Johan Huber who is standing by from Voith Linear Jets Products to evaluate and provide a possible alternative solution vs continued ties with Kongsberg for parts, support and going down the Kamewa repair process to make the original system ready and fit for the owner intended use.

If you have time in your schedule, I'd like to introduce you to my team via zoom and see how best we can be of mutual benefit to each other, Octopussy and the new vessel Owners Steve and JOe.

Case 0:23-cv-61376-AHS Document 38-3 Entered on FLSD Docket 09/01/2023 Page 42 of 56

Look forward to your reply.

Respectfully,

**Respectfully,**

***Jake Stratmann***
**CEO**

<image001.png>
<image002.png>
*Starboard Yacht Group*

**850 N.E. Third Street Suite 208**
**Dania Beach, Florida, 33004**
Jake@StarboardYacht.com
**Office: (954) 376-5400**
**Mobile: (954) 873-8546**
Fax: (954) 920-6255
www.StarboardYacht.com

***We make boats better than new by transforming your boating experience from ordinary to extraordinary! Ask us about our extraordinary services and products!***
<image003.png> <image004.jpg> <image005.png>
<image006.jpg>
<image007.jpg> <image008.png> <image009.png> <image010.jpg>

**From:** Jake Stratmann jake@starboardyacht.com
**Subject:** RE: Jeff Vrana Teresa_PBR_Master-MY Octopussy Shipyard Update List Rev Date TD 02_22_23 - Budget 1 25 23 (1)" and invoices for critical project items for funding consideration.
**Date:** March 1, 2023 at 1:29 PM
**To:** Steven IVANKOVICH sivankovic@icloud.com
**Cc:** Jeff Vrana Jeff@starboardyacht.com, Joe Seinitz jseinitz@yahoo.com, LMC Office lmcoffice@starboardyacht.com, Elvis Starboard Yacht Group PARTS DEPT Elvis@starboardyacht.com, Theresa Theresa@starboardyacht.com

Steve,

I've replied below to your questions.

I am still struggling to understand why the engine line item is $1,825,000 + 200,000 vs $1,000,000 per the original budget. Attached are 3 emails showing 1st Budget, MTU proposal, 2nd Budget with engine option. I've also pasted the row from the sheet below. Bottom line is that the triple Kamewa with Engine Rebuild plus upgrade requirements for safe operation of steering system and monitoring had costs know exceeding 3.5 million plus a potential of another 1.5 million of scope creep with unlimited risk and exposure due to lack of warranty and old equipment and major product delays dealing with Kongsberg. Based on our assessment this option would have taken longer and cost more to make the vessel reliable and the ROI at resale would have been min with old engines and no factory warranty.

Last year I was convinced that paying $425,000 per new engine vs rebuilding the engines was the way to go and that we would sell the old engines in the range of $350,000 - 500,000 for an overall net cost of about $500,000 to repower. That made sense. $2.5m for a repower does not make sense (I am assuming we won't sell the old engines as projected). SELL, SELL ENGINES NOW! Has and continues to be what SYG is supporting your team. Joe and I have had several conversations and many people discussed this line item. Our team has posted it and prepared the marketing material for the listings. I can put Paul on this as it needs someone who will take action and not just talk about it. Right now we have 2 options unless a buyer is aligned to the project. 1. Dyno and store at FDDA at owners cost with 1 year free storage cost apox. 10k per engine 2. Sent to strike marine for sale or part out. I will discuss with Paul today. As for the repower, it was the right decision for time and $$$ as the rebuild potentially could have cost more vs less. Jeff has the numbers as we put it together including the rebuild, controls and monitoring and the cost was more, plus the engines would have had to be removed for the overhaul and dyno if you wanted a warranty worth anything.

Now the engine cost is over $2m including removal etc. None of this was presented to me. There are two potential explanations: 1) You didn't know; or 2) You did know, but wanted to commit me Truth is the Right answer is our 1st core value! We do not know the exact cost of materials and labor for the engine removal; however, we received a quote from Mendal and others around 260,000.00 which I believed is crazy. Having engineered and managed the removal of engines and Seakeepers for over 20 years my team and I have a plan to substantially reduce this expense by half or more. This engineering is in process and we are waiting on the funds to source all the materials to develop this plan forward and source the materials required to execute this job.

The Budget has gone from $4m in September to now over $6m. (The attached "budget" is flawed. It does not include painting the hull, total cost of LMC time estimated through July 1 - THE DATE THE VESSEL IS TO BE FINISHED, projected project management cost to the end of the project, replacing windows, addition of beach club, electronics, rebuilding bridge, plus a whole slew of items). Add the cost of interiors and we are up well over $7m.

We began with this process in mind and reviewed with you; this simple process designed into our sheet "Total Projected Costs". Issue we have to date, is the continuous development and open ended addition of new items. EX. Crew, Luis Design just approved, windows, galley, Hydrogen, ect. I do not have enough information and clarity from you to put this together at this moment; however, it is coming soon. Missing information is received Bas Mulder Plans to build Luiz approved designs, all major equipment selection, interior mod scope, ect. And we will execute the very simple task of putting all product know lead times into a workflow and moving the actual cost of completed jobs, work in process, and budgets for scheduled and approved jobs to the projected total scope column. For me I need to feel this number captures 80% of the scope and at this time we are not there. Need the right information, numbers are easy for us both so no need to overcomplicate a budget and is what I built our sheet for and is coming. SYG makes decisions on our core values (Truth is the right answer, show you care, Give it your all, willing to learn, think forward) What we do is Use innovative technology to make vessels better than new for the ultimate boating experience.

I recall we discussed this when we met last January and have had many aligned conversations about who SYG is and Why we do what we do. This was our plan aligning with your ideas for Octopussy and my current task is putting a business plan together around the opportunities scaling Hydrogen refit markets as 2030 approaches. It was clear to me and our team on our last call that we align on this understanding that change is going to be increasingly in demand in this market sector. We want to share an opportunity to algin "Partner" with Octopussy as a reward for your trust and commitments for the ROI as SYG sees major rewards for efforts and resources invested in this market over the next few years with very scalable model I'd like to discuss with you post getting on the same page with funds.

Again, this is renovation 101, and I come back to the statements above, either you don't know how to budget and manage a project of this scale and scope, or you do and are stringing me out. Both are a problem. I recall Joe's reaction to Rick Thomas saying "this is going to be a 10 million dollar project and I need 2 million sent to my account" SYG works on scale and has and is investing vertically integrating more resources to reduce costs of this project as our business is on Scale and efficiency of resources. Based on some quick

EXHIBIT
4

math I'm convinced I've saved you over 3 million dollars. Based on what I recall Rick trying to do maybe 4 million and he would have spent over 10M and only gone half the distance and in the wrong direction. This is our skill and what I bring to the table with our team. We make things happen and find ways to do so efficiently to reduce costs. Given this type of project with increasing scope initially SYG requested for you to provide us with guidelines for decision making of projects such as 1. Do you want refurb all systems and bring vessel to like new condition ready for 10 years of operation vs 2. Do critical systems only for safe operation 3 to 5 years. Option 2 was originally selected; however, SYG is not the firm who runs from owners wanting to make vessels better than new as this also is our purpose and passion.

I expect a revised and correct budget in the attached format **by tomorrow** which includes all line items, costs etc. (excluding interior) associated with the refurb

Frank is working with about 50 people across several companies currently at a cost of aprox 150k to 200k assessment of Octopussy for a proposal on the Hydrogen opportunity with a budget expected to come in by end of this week.

Also, there is an apparent formula error in the attached spreadsheet. When you manually add column "U" you get the total of 1,271,816.59 vs the sum total of 1,494,780.35. The same exercise on columns P and Q results in identical numbers for the sum total and manual total method. See attached.

I use filters and was rushing and see that some items were filtered which did not show the row but was included in the total. The same is occurring on all totals. If you go to the top and click on the drop-down arrows you can select all to show all data and select what you want show with the column filter. I can clean this up and it was my mistake and oversight.

it seems the - $389,400.14 Octopussy payment delta was applied to the other vessels on the spreadsheet. Correct?
yes

| BOATS | PAYMENTS APPLIED | PAYMENTS DUE |
|---|---|---|
| IMG 54 | 209,909.31 | 0.00 |
| IMG 40 2020 | 62,826.06 | 14,079.41 |
| IMG 40 2015 | 70,878.31 | 5,903.30 |
| INTREPID | 115,643.00 | 48,724.00 |
| COBIA | 70,210.20 | |
| WHALER | 126,046.87 | |
| MISC UPGRADES PARTS | 33,660.00 | |
| Octopussy "See list above" | 2,802,605.43 | 1,494,780.35 |
| | | |
| | | |
| TOTALS | 3,491,779.18 | 1,563,487.06 |

As you can imagine, Octopussy is consuming more than the original 100k credit we discussed on your account and funding for this type of project must maintain timely payments in order to not create conflict, issues and delays in our operations and ability to perform. Originally, it was on us when back mid Dec I delayed getting you the budget. Now 2.5 months later we continue to push 100% and have taken on the task of executing upgrades and work on the Whaler, Intrepid and 3 IMG vessels at a heavy cost while continuing with a dedicated team of 5 now 7 on Octopussy full time.

Will get the budget in a more clear order today for your review as per your requests plus separate out tabs.

**Respectfully,**

***Jake Stratmann***
***CEO***

Starboard YACHT GROUP

SEAKEEPER 2021 DEALER

Starboard YACHT GROUP
850 NE 3rd St, Suite 208
Dania Beach, FL 33004
Phone: (954)376-5400

# Repair Order
## Internal Invoice

**Doc Number:** 40539
**Service Writer:**
**Date Printed:** 08/11/2023
**Date In:** 06/10/2022

Contessa Marine Research, LLC
382 NE 191st Street, Suite 98646
Miami, Florida 33179

**Customer Information**
**Cell Phone:** 561-313-4922
**Email:** yachtserviceintl@gmail.com

**Unit** 2022 Hessen Octopussy **Color:** **Keyboard:**
**VIN/HIN/Serial No:** **Stock #:** Ivankovich - Octopussy **Odom/Hrs:** 0

**Remove all Kamewa Equipment and hydraulic rams to hull and prep for engine removal**

**Description:** Removed all Kamewa intermediate shafts and shaft flanges. Then removed three Hydrolic power packs and piping. Then removed the HP flanges and all kamewa flange connection bolts. We then jaking bolts and all thread to remove the jet tubes

AME was contracted to remove seized SKF Hydraulic coupling with Hydraulic torque wrench.AME Ref Inv 12044 WORK COMPLETED: * Prepared for job * Attended vessel * Released SKF coupling (Hydraulic) using SKF pneumatic pump (Port, starboard, and center couplings).

**Parts Subtotal** $3,544.43

**Labor**

| Description |
|---|

**Labor Subtotal** $18,010.00

**Sublet**

| Description |
|---|
| AME Ref Inv 12044 WORK COMPLETED<br>M/Y "OCTOPUSSY" 143' Heesen 1988 - Release SKF Shaft Couplings |

| | |
|---|---|
| **Sublet Subtotal** | $1,172.49 |
| **Shop Supplies** | $400.00 |
| **WC Fees 3%** | $540.30 |
| **Job Subtotal** | $23,667.22 |

**Approve:** ☑ **Decline:** ☐

| | |
|---|---|
| **All Jobs Subtotal:** | $23,667.22 |
| **Tax:** | $0.00 |
| **Total:** | $0.00 |
| **Less Deposits:** | $0.00 |
| **Total Due:** | $0.00 |

EXHIBIT 5

Octopussy Payroll per RO Report

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | TOTAL LABOR HOURS FOR REPAIR ORDER SELECTED | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | Tech Name | | RO # | | Job Title | | Customer Name | | Start Date & Time | | End Date & Time | | | Actual Hours | | Duration |
| 116 | Nacosta | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 12/06/2022 08:51: | | 12/06/2022 12:26: | | | 3.58 | | 3.583 |
| 117 | Nacosta | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 12/6/2022 | | 12/6/2022 | | | 3.58 | | 3.58 |
| 121 | klowder | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 12/05/2022 08:00: | | 12/05/2022 04:00: | | | 8 | | 8 |
| 122 | klowder | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 12/06/2022 08:51: | | 12/06/2022 02:04: | | | 5.23 | | 5.217 |
| 123 | klowder | | 40539 | | *canceled and labor moved ....A17 | | Ivankovich, Steve | | 12/14/2022 08:38: | | 12/14/2022 04:11: | | | 7.56 | | 7.55 |
| 124 | klowder | | 40539 | | *canceled and labor moved ....A17 | | Ivankovich, Steve | | 12/15/2022 07:57: | | 12/15/2022 03:36: | | | 7.65 | | 7.65 |
| 125 | klowder | | 40539 | | *canceled and labor moved ....A17 | | Ivankovich, Steve | | 12/16/2022 08:20: | | 12/16/2022 02:07: | | | 5.79 | | 5.783 |
| 167 | klowder | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 12/5/2022 | | 12/5/2022 | | | 8.00 | | 8.00 |
| 168 | klowder | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 12/6/2022 | | 12/6/2022 | | | 5.23 | | 5.22 |
| 175 | lpalmer | | 40539 | | A19. Remove all Main Engine | | Ivankovich, Steve | | 12/19/2022 08:00: | | 12/19/2022 04:00: | | | 8 | | 8 |
| 176 | lpalmer | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 12/19/2022 08:09: | | 12/19/2022 12:36: | | | 4.45 | | 4.45 |
| 177 | lpalmer | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 12/19/2022 01:07: | | 12/19/2022 04:22: | | | 3.25 | | 3.25 |
| 178 | lpalmer | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 12/20/2022 08:37: | | 12/20/2022 12:00: | | | 3.38 | | 3.383 |
| 179 | lpalmer | | 40539 | | A19. Remove all Main Engine | | Ivankovich, Steve | | 12/20/2022 09:00: | | 12/20/2022 12:00: | | | 3 | | 3 |
| 184 | lpalmer | | 40539 | All | QC-JV | Com | SYG /Crew | 1 | | ## | 1/0/1900 | | ### | | | |
| 227 | lpalmer | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 12/19/2022 | | 12/19/2022 | | | 4.45 | | 4.45 |
| 228 | lpalmer | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 12/19/2022 | | 12/19/2022 | | | 3.25 | | 3.25 |
| 229 | lpalmer | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 12/20/2022 | | 12/20/2022 | | | 3.38 | | 3.38 |
| 238 | David M Erb | | 40539 | | | | | | 02/27/2023 08:00:08.876 | | 02/27/2023 04:00:10.444 | | | | | 4.00 |
| 338 | Franklin Arias-Paulino | | 40539 | | A19. Remove all Main Engine | | Ivankovich, Steve | | 12/20/2022 09:00: | | 12/20/2022 12:00: | | | 3 | | 3 |
| 339 | Franklin Arias-Paulino | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 12/20/2022 07:53:37.393 | | 12/20/2022 04:38:36.144 | | | | | 8.75 |

# Octopussy Pay... per RO Report

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Tech Name | | RO # | | Job Title | | Customer Name | | Start Date & Time | | End Date & Time | | | Actual Hours | | Duration |
| 392 | Diego Valenzuela | | 40539 | | protection | | Ivankovich, Steve | | 07/01/2022 12:30: | | 07/01/2022 01:30: | | | 8.00 | | 8.00 |
| 438 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/2/2023 8:00 | | 1/2/2023 4:00 | | | 8.00 | | 8.00 |
| 439 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/3/2023 8:00 | | 1/3/2023 4:00 | | | 8.00 | | 8.00 |
| 440 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/4/2023 8:00 | | 1/4/2023 4:00 | | | 8.00 | | 8.00 |
| 442 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 4/5/2023 8:46 | | 1/5/2023 11:59 | | | 3.21 | | 3.22 |
| 443 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/5/2023 12:30 | | 1/5/2023 4:30 | | | 4.00 | | 4.00 |
| 445 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/6/2023 8:03 | | 1/6/2023 11:56 | | | 3.89 | | 3.88 |
| 448 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/9/2023 8:21 | | 1/9/2023 11:49 | | | 3.47 | | 3.47 |
| 449 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/9/2023 12:36 | | 1/9/2023 4:23 | | | 3.79 | | 3.78 |
| 450 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/10/2023 10:51 | | 1/10/2023 11:51 | | | 0.99 | | 1.00 |
| 451 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/10/2023 12:46 | | 1/10/2023 4:21 | | | 3.59 | | 3.58 |
| 452 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/11/2023 8:10 | | 1/11/2023 8:46 | | | 0.61 | | 0.60 |
| 454 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/13/2023 10:14 | | 1/13/2023 11:58 | | | 1.72 | | 1.73 |
| 456 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/17/2023 8:12 | | 1/17/2023 11:50 | | | 3.63 | | 3.63 |
| 458 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/18/2023 1:19 | | 1/18/2023 4:19 | | | 3.00 | | 3.00 |
| 459 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 1/26/2023 8:05 | | 1/26/2023 12:04 | | | 3.99 | | 3.98 |
| 460 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/2/2023 8:42 | | 2/2/2023 11:55 | | | 3.21 | | 3.22 |
| 461 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/2/2023 12:36 | | 2/2/2023 4:23 | | | 3.79 | | 3.78 |
| 462 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/7/2023 8:13 | | 2/7/2023 11:55 | | | 3.70 | | 3.70 |
| 463 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/7/2023 12:28 | | 2/7/2023 4:30 | | | 4.00 | | 4.03 |
| 464 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/10/2023 8:18 | | 2/10/2023 12:08 | | | 3.84 | | 3.83 |
| 465 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/10/2023 12:32 | | 2/10/2023 4:03 | | | 3.51 | | 3.52 |
| 466 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/15/2023 8:23 | | 2/15/2023 9:46 | | | 1.37 | | 1.37 |
| 468 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/22/2023 8:30 | | 2/22/2023 11:59 | | | 3.48 | | 3.48 |

# Octopussy Payroll per RO Report

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Tech Name | | RO # | | Job Title | | Customer Name | | Start Date & Time | | End Date & Time | | | Actual Hours | | Duration |
| 469 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/22/2023 12:31 | | 2/22/2023 4:17 | | | 3.75 | | 3.75 |
| 471 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/23/2023 12:33 | | 2/23/2023 2:22 | | | 1.82 | | 1.82 |
| 477 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/28/2023 10:51 | | 2/28/2023 12:00 | | | 1.15 | | 1.15 |
| 478 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 2/28/2023 12:33 | | 2/28/2023 5:22 | | | 4.83 | | 4.83 |
| 479 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/1/2023 9:10 | | 3/1/2023 12:06 | | | 2.93 | | 2.93 |
| 480 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/1/2023 12:34 | | 3/1/2023 4:19 | | | 3.75 | | 3.75 |
| 481 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/2/2023 8:12 | | 3/2/2023 12:00 | | | 3.80 | | 3.80 |
| 482 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/2/2023 12:30 | | 3/2/2023 4:11 | | | 3.68 | | 3.68 |
| 483 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/6/2023 8:23 | | 3/6/2023 12:18 | | | 3.91 | | 3.91 |
| 484 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/6/2023 1:03 | | 3/6/2023 4:37 | | | 3.56 | | 3.56 |
| 485 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/7/2023 9:19 | | 3/7/2023 12:04 | | | 2.75 | | 2.75 |
| 486 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/7/2023 12:35 | | 3/7/2023 4:45 | | | 4.17 | | 4.17 |
| 487 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/8/2023 8:09 | | 3/8/2023 12:30 | | | 4.34 | | 4.34 |
| 488 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/8/2023 1:01 | | 3/8/2023 4:22 | | | 3.34 | | 3.34 |
| 489 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/9/2023 8:24 | | 3/9/2023 11:58 | | | 3.55 | | 3.55 |
| 490 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/9/2023 12:30 | | 3/9/2023 4:46 | | | 4.27 | | 4.27 |
| 491 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/10/2023 8:16 | | 3/10/2023 11:59 | | | 3.71 | | 3.71 |
| 492 | derb | | 40539 | | Remove all Kamewa Equipment | | Ivankovich, Steve | | 3/10/2023 12:30 | | 3/10/2023 4:24 | | | 3.90 | | 3.90 |
| 497 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/02/2023 08:00:00.000 | | 01/02/2023 04:00:00.000 | | | 8 | | 8 |
| 498 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/03/2023 08:00:00.000 | | 01/03/2023 04:00:00.000 | | | 8 | | 8 |
| 499 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/04/2023 08:00:00.000 | | 01/04/2023 04:00:00.000 | | | 8 | | 8 |
| 500 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/09/2023 08:03:21.154 | | 01/09/2023 12:00:21.154 | | | 3.95 | | 3.95 |
| 501 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/09/2023 12:30:23.880 | | 01/09/2023 04:29:55.559 | | | 3.992 | | 3.992 |
| 512 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/02/2023 08:00: | | 01/02/2023 04:00: | | | 8 | | 8 |

## Octopussy Payroll per RO Report

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Tech Name | | RO # | | Job Title | | Customer Name | | Start Date & Time | | End Date & Time | | | Actual Hours | | Duration |
| 513 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/03/2023 08:00: | | 01/03/2023 04:00: | | | 8 | | 8 |
| 514 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/04/2023 08:00: | | 01/04/2023 04:00: | | | 8 | | 8 |
| 515 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/05/2023 08:46: | | 01/05/2023 11:59: | | | 3.21 | | 3.217 |
| 516 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/05/2023 12:30: | | 01/05/2023 04:30: | | | 4 | | 4 |
| 517 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/06/2023 08:03: | | 01/06/2023 11:56: | | | 3.89 | | 3.883 |
| 518 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/09/2023 08:21: | | 01/09/2023 11:49: | | | 3.47 | | 3.467 |
| 519 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/09/2023 12:36: | | 01/09/2023 04:23: | | | 3.79 | | 3.783 |
| 520 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/10/2023 10:51: | | 01/10/2023 11:51: | | | 0.99 | | 1 |
| 521 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/10/2023 12:46: | | 01/10/2023 04:21: | | | 3.59 | | 3.583 |
| 522 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/11/2023 08:10: | | 01/11/2023 08:46: | | | 0.61 | | 0.6 |
| 523 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/13/2023 10:14: | | 01/13/2023 11:58: | | | 1.72 | | 1.733 |
| 524 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/17/2023 08:12: | | 01/17/2023 11:50: | | | 3.63 | | 3.633 |
| 525 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/26/2023 08:05: | | 01/26/2023 12:04: | | | 3.99 | | 3.983 |
| 526 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/02/2023 08:42: | | 02/02/2023 11:55: | | | 3.21 | | 3.217 |
| 527 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/02/2023 12:36: | | 02/02/2023 04:23: | | | 3.79 | | 3.783 |
| 528 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/07/2023 08:13: | | 02/07/2023 11:55: | | | 3.7 | | 3.7 |
| 529 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/07/2023 12:28: | | 02/07/2023 04:30: | | | 4 | | 4.033 |
| 530 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/10/2023 08:18: | | 02/10/2023 12:08: | | | 3.84 | | 3.833 |
| 531 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/10/2023 12:32: | | 02/10/2023 04:03: | | | 3.51 | | 3.517 |
| 532 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/15/2023 08:23: | | 02/15/2023 09:46: | | | 1.37 | | 1.374 |
| 533 | David M Erb | | 40539 | | I6 Assist in removal of the carpets | | Ivankovich, Steve | | 02/20/2023 08:22: | | 02/20/2023 12:13: | | | 3.84 | | 3.843 |
| 534 | David M Erb | | 40539 | | I6 Assist in removal of the carpets | | Ivankovich, Steve | | 02/20/2023 12:34: | | 02/21/2023 02:38: | | | 26.06 | | 26.059 |
| 535 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/22/2023 08:30: | | 02/22/2023 11:59: | | | 3.48 | | 3.483 |
| 536 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/22/2023 12:31: | | 02/22/2023 04:17: | | | 3.75 | | 3.752 |

# Octopussy Payroll per RO Report

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Tech Name | | RO # | | Job Title | | Customer Name | | Start Date & Time | | End Date & Time | | | Actual Hours | | Duration |
| 537 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/23/2023 12:33: | | 02/23/2023 02:22: | | | 1.82 | | 1.817 |
| 538 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/28/2023 10:51: | | 02/28/2023 12:00: | | | 1.15 | | 1.147 |
| 539 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/28/2023 12:33: | | 02/28/2023 05:22: | | | 4.83 | | 4.831 |
| 540 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/01/2023 09:10: | | 03/01/2023 12:06: | | | 2.93 | | 2.93 |
| 541 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/01/2023 12:34: | | 03/01/2023 04:19: | | | 3.75 | | 3.75 |
| 542 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/02/2023 08:12: | | 03/02/2023 12:00: | | | 3.8 | | 3.803 |
| 543 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/02/2023 12:30: | | 03/02/2023 04:11: | | | 3.68 | | 3.682 |
| 544 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/06/2023 08:23: | | 03/06/2023 12:18: | | | 3.91 | | 3.91 |
| 545 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/06/2023 01:03: | | 03/06/2023 04:37: | | | 3.56 | | 3.557 |
| 546 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/07/2023 09:19: | | 03/07/2023 12:04: | | | 2.75 | | 2.747 |
| 547 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/07/2023 12:35: | | 03/07/2023 04:45: | | | 4.17 | | 4.169 |
| 548 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/08/2023 08:09: | | 03/08/2023 12:30: | | | 4.34 | | 4.344 |
| 549 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/08/2023 01:01: | | 03/08/2023 04:22: | | | 3.34 | | 3.342 |
| 550 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/09/2023 08:24: | | 03/09/2023 11:58: | | | 3.55 | | 3.551 |
| 551 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/09/2023 12:30: | | 03/09/2023 04:46: | | | 4.27 | | 4.269 |
| 552 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/10/2023 08:16: | | 03/10/2023 11:59: | | | 3.71 | | 3.707 |
| 553 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 03/10/2023 12:30: | | 03/10/2023 04:24: | | | 3.9 | | 3.903 |
| 554 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/10/2023 08:00:01.125 | | 01/10/2023 11:58:48.288 | | | | | 3.98 |
| 555 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/10/2023 04:33:10.174 | | 01/10/2023 04:33:38.974 | | | | | 4.00 |
| 556 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/11/2023 08:00:03.701 | | 01/11/2023 03:45:03.701 | | | | | 7.75 |
| 557 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/12/2023 08:06:24.507 | | 01/12/2023 11:59:49.225 | | | | | 3.89 |
| 558 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/12/2023 12:32:28.168 | | 01/12/2023 04:26:00.907 | | | | | 3.892 |
| 559 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/13/2023 08:01:24.635 | | 01/13/2023 12:01:01.959 | | | | | 3.994 |
| 560 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/13/2023 12:31:59.709 | | 01/13/2023 04:42:29.698 | | | | | 4.175 |

# Octopussy Payroll per RO Report

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Tech Name | | RO # | | Job Title | | Customer Name | | Start Date & Time | | End Date & Time | | | Actual Hours | | Duration |
| 561 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/17/2023 08:03:53.753 | | 01/17/2023 11:55:04.438 | | | | | 3.853 |
| 562 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/17/2023 12:34:44.172 | | 01/17/2023 04:31:50.890 | | | | | 3.952 |
| 563 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/18/2023 08:05:38.891 | | 01/18/2023 12:10:38.579 | | | | | 4.083 |
| 564 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/19/2023 08:05:48.179 | | 01/19/2023 12:02:12.150 | | | | | 3.94 |
| 565 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/19/2023 04:24:07.028 | | 01/19/2023 04:24:29.196 | | | | | 4.00 |
| 566 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/20/2023 08:05:11.357 | | 01/20/2023 11:56:02.756 | | | | | 3.848 |
| 567 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/23/2023 08:02:50.208 | | 01/23/2023 11:58:23.414 | | | | | 3.926 |
| 568 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/23/2023 04:23:03.296 | | 01/23/2023 04:23:26.457 | | | | | 4.00 |
| 569 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/24/2023 07:45:18.756 | | 01/24/2023 04:00:40.701 | | | | | 8.256 |
| 570 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/25/2023 09:30:58.887 | | 01/25/2023 04:00:40.566 | | | | | 6.495 |
| 571 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/26/2023 08:30:19.154 | | 01/26/2023 04:31:53.180 | | | | | 8.026 |
| 572 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/27/2023 08:03:30.135 | | 01/27/2023 03:50:33.533 | | | | | 7.784 |
| 573 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/30/2023 08:08:23.074 | | 01/30/2023 04:01:29.369 | | | | | 7.885 |
| 574 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/31/2023 08:05:11.423 | | 01/31/2023 04:00:26.636 | | | | | 7.921 |
| 575 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/01/2023 08:09:27.598 | | 02/01/2023 04:00:48.551 | | | | | 7.856 |
| 576 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/02/2023 08:00:14.053 | | 02/02/2023 04:00:34.103 | | | | | 8.006 |
| 577 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/06/2023 08:06:25.512 | | 02/06/2023 04:00:25.512 | | | | | 7.9 |
| 578 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/07/2023 08:04:50.885 | | 02/07/2023 03:45:27.179 | | | | | 7.677 |
| 579 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 02/10/2023 08:03:29.878 | | 02/10/2023 03:36:08.689 | | | | | 7.544 |
| 580 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/02/2023 08:00:00.000 | | 01/02/2023 04:00:00.000 | | | | | 8 |
| 581 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/03/2023 08:00:00.000 | | 01/03/2023 04:00:00.000 | | | | | 8 |
| 582 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/04/2023 08:00:00.000 | | 01/04/2023 04:00:00.000 | | | | | 8 |
| 583 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/09/2023 08:03:21.154 | | 01/09/2023 12:00:21.154 | | | | | 3.95 |
| 584 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/09/2023 12:30:23.880 | | 01/09/2023 04:29:55.559 | | | | | 3.992 |

# Octopussy Payroll per RO Report

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Tech Name | | RO # | | Job Title | | Customer Name | | Start Date & Time | | End Date & Time | | | Actual Hours | | Duration |
| 585 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/10/2023 08:00:01.125 | | 01/10/2023 11:58:48.288 | | | | | 3.98 |
| 586 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/10/2023 04:33:10.174 | | 01/10/2023 04:33:38.974 | | | | | 0.008 |
| 587 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/11/2023 08:00:03.701 | | 01/11/2023 03:45:03.701 | | | | | 7.75 |
| 588 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/17/2023 08:03:53.753 | | 01/17/2023 11:55:04.438 | | | | | 3.853 |
| 589 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/17/2023 12:34:44.172 | | 01/17/2023 04:31:50.890 | | | | | 3.952 |
| 590 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/26/2023 08:30:19.154 | | 01/26/2023 04:31:53.180 | | | | | 8.026 |
| 591 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 02/02/2023 08:00:14.053 | | 02/02/2023 04:00:34.103 | | | | | 8.006 |
| 592 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 02/07/2023 08:04:50.885 | | 02/07/2023 03:45:27.179 | | | | | 7.677 |
| 593 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 02/10/2023 08:03:29.878 | | 02/10/2023 03:36:08.689 | | | | | 7.544 |
| 594 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 02/15/2023 08:22:22.435 | | 02/15/2023 04:00:22.435 | | | | | 7.633 |
| 595 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 02/20/2023 08:04:58.244 | | 02/20/2023 03:48:33.746 | | | | | 7.726 |
| 596 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 02/22/2023 08:05:37.552 | | 02/22/2023 03:45:37.451 | | | | | 7.667 |
| 597 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 02/23/2023 09:10:39.576 | | 02/23/2023 04:00:39.576 | | | | | 6.833 |
| 598 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 03/01/2023 08:52:14.423 | | 03/01/2023 04:00:34.340 | | | | | 7.139 |
| 599 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 03/02/2023 08:02:58.995 | | 03/02/2023 03:45:46.819 | | | | | 7.713 |
| 600 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 03/06/2023 08:11:44.392 | | 03/06/2023 04:13:52.527 | | | | | 8.036 |
| 601 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 03/07/2023 07:59:20.047 | | 03/07/2023 04:11:16.787 | | | | | 8.199 |
| 602 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 03/08/2023 08:07:56.281 | | 03/08/2023 04:00:26.254 | | | | | 7.875 |
| 603 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 03/09/2023 08:10:48.771 | | 03/09/2023 04:22:40.145 | | | | | 8.198 |
| 604 | David M Erb | 40590 | 40539 | | *A20. Remove all Kamewa | | | | 01/05/2023 12:33:40.144 | | 01/05/2023 04:30:23.732 | | | | | 3.945 |
| 605 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/06/2023 08:02:34.194 | | 01/06/2023 12:01:24.859 | | | | | 3.981 |
| 606 | David M Erb | | 40539 | | *A20. Remove all Kamewa | | | | 01/06/2023 12:34:22.977 | | 01/06/2023 04:27:14.010 | | | | | 3.881 |

Starboard YACHT GROUP

**850 NE 3rd St, Suite 208**
**Dania Beach, FL 33004**
**Phone: (954)376-5400**

# Repair Order
## Internal Invoice

**Doc Number:** 40590
**Service Writer:**
**Date Printed:** 08/24/2023
**Date In:** 06/10/2022

**Contessa Marine Research, LLC**
**382 NE 191st Street, Suite 98646**
**Miami, Florida 33179**

**Customer Information**
**Cell Phone:** 561-313-4922
**Email:** yachtserviceintl@gmail.com

**Unit** **2022 Hessen Octopussy** **Color:** **Keyboard:**
**VIN/HIN/Serial No:** **Stock #:** Ivankovich - Octopussy **Odom/Hrs:** 0

**Redesign and Reposition Exhaust System -Remove Existing Exhaust**

**Description:** Waiting on engine room Final design (Bas) then we will Quote the exhaust. Removed old exhaust to prep for engine removal and transom hull removal. Ro closed out

Removed Old exhaust system out of the vessel to gain access to the kamewa intermediate bearing and prepare for better access to remove the gears and main engines.

**Resolution:** Joe approved SYG's Time & Material proposal to remove the equipment. SYG and the crew removed equipment and procured/provided tools and materials as needed.

**Recommend:** In preparation for the new engine room design based on equipment selection, it was recommended that the exhaust start to be removed.

**Labor**

| Description |
|---|
| Removal of all engine room equipment |
| Remove engine room equipment |
| Cut free and rig main |
| Removal of all main engine |
| Removal of all main engine |
| Removal of all engine room |

| | |
|---|---|
| **Labor Subtotal** | **$23,480.00** |
| **Shop Supplies** | **$400.00** |
| **WC Fees 3%** | **$704.40** |
| **Job Subtotal** | **$24,584.40** |
| **Approve:** ☑ | **Decline:** ☐ |

| | |
|---|---|
| **All Jobs Subtotal:** | **$24,584.40** |
| **Tax:** | **$0.00** |
| **Total:** | **$0.00** |
| **Less Deposits:** | **$0.00** |
| **Total Due:** | **$0.00** |

# Octopussy Payroll per RO Report

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | TOTAL LABOR HOURS FOR REPAIR ORDER SELECTED | | | | | | | | | 207.59 |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | Tech Name | | RO # | | Job Title | | Customer Name | | Start Date & Time | | End Date & Time | | | Actual Hours | | Duration |
| 205 | lpalmer | | 40590 | | A19. Remove all Main Engine | | Ivankovich, Steve | | 12/19/2022 | | 12/19/2022 | | | 8.00 | | 8.00 |
| 206 | lpalmer | | 40590 | | A19. Remove all Main Engine | | Ivankovich, Steve | | 12/20/2022 | | 12/20/2022 | | | 3.00 | | 3.00 |
| 362 | Franklin Arias-Paulino | | 40590 | | A19. Remove all Main Engine | | Ivankovich, Steve | | 12/20/2022 07:53:37.393 | | 12/20/2022 04:38:36.144 | | | | | 8.75 |
| 391 | dritz | | 40590 | | P44: Removal of all engine room | | Ivankovich, Steve | | 12/13/2022 | | 12/13/2022 | | | 8.00 | | 8.00 |
| 441 | derb | | 40590 | | Redesign and Reposition Exhaust | | Ivankovich, Steve | | 1/5/2023 8:45 | | 1/5/2023 8:45 | | | 0.00 | | 0.00 |
| 444 | derb | | 40590 | | Redesign and Reposition Exhaust | | Ivankovich, Steve | | 1/5/2023 12:34 | | 1/5/2023 4:20 | | | 3.76 | | 3.77 |
| 447 | derb | | 40590 | | Redesign and Reposition Exhaust | | Ivankovich, Steve | | 1/6/2023 12:35 | | 1/6/2023 4:03 | | | 3.47 | | 3.47 |
| 453 | derb | | 40590 | | Redesign and Reposition Exhaust | | Ivankovich, Steve | | 1/13/2023 10:10 | | 1/13/2023 10:10 | | | 0.00 | | 0.00 |
| 455 | derb | | 40590 | | Redesign and Reposition Exhaust | | Ivankovich, Steve | | 1/13/2023 12:37 | | 1/13/2023 4:28 | | | 3.84 | | 3.85 |
| 457 | derb | | 40590 | | Redesign and Reposition Exhaust | | Ivankovich, Steve | | 1/18/2023 12:43 | | 1/18/2023 1:17 | | | 0.58 | | 0.57 |
| 607 | David M Erb | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 01/05/2023 08:45: | | 01/05/2023 08:45: | | | 0 | | 0 |
| 608 | David M Erb | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 01/05/2023 12:34: | | 01/05/2023 04:20: | | | 3.76 | | 3.767 |
| 609 | David M Erb | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 01/06/2023 12:35: | | 01/06/2023 04:03: | | | 3.47 | | 3.467 |
| 610 | David M Erb | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 01/13/2023 10:10: | | 01/13/2023 10:10: | | | 0 | | 0 |
| 611 | David M Erb | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 01/13/2023 12:37: | | 01/13/2023 04:28: | | | 3.84 | | 3.85 |
| 612 | David M Erb | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 01/18/2023 12:43: | | 01/18/2023 01:17: | | | 0.58 | | 0.567 |
| 613 | David M Erb | | 40590 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/18/2023 01:19: | | 01/18/2023 04:19: | | | 3 | | 3 |
| 614 | David M Erb | | 40590 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/05/2023 08:00:17.894 | | 01/05/2023 12:02:06.453 | | | | | 4.03 |
| 615 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 02/14/2023 08:05:19.821 | | 02/14/2023 04:00:00.659 | | | | | 7.911 |
| 616 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 02/15/2023 08:22:22.435 | | 02/15/2023 04:00:22.435 | | | | | 7.633 |
| 617 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 02/17/2023 08:04:06.638 | | 02/17/2023 04:00:18.568 | | | | | 7.937 |

See 40571

# Octopussy Payroll per RO Report

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Tech Name | | RO # | | Job Title | | Customer Name | | Start Date & Time | | End Date & Time | | | Actual Hours | | Duration |
| 618 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 02/20/2023 08:04:58.244 | | 02/20/2023 03:48:33.746 | | | | | 7.726 |
| 619 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 02/22/2023 08:05:37.552 | | 02/22/2023 03:45:37.451 | | | | | 7.667 |
| 620 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 02/23/2023 09:10:39.576 | | 02/23/2023 04:00:39.576 | | | | | 6.833 |
| 621 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 02/24/2023 08:00:00.000 | | 02/24/2023 04:00:00.000 | | | | | 8 |
| 622 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 02/27/2023 08:00:08.876 | | 02/27/2023 04:00:10.444 | | | | | 4.00 |
| 623 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 02/28/2023 08:25:34.780 | | 02/28/2023 04:00:13.883 | | | | | 7.577 |
| 624 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 03/01/2023 08:52:14.423 | | 03/01/2023 04:00:34.340 | | | | | 7.139 |
| 625 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 03/02/2023 08:02:58.995 | | 03/02/2023 03:45:46.819 | | | | | 7.713 |
| 626 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 03/06/2023 08:11:44.392 | | 03/06/2023 04:13:52.527 | | | | | 8.036 |
| 627 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 03/07/2023 07:59:20.047 | | 03/07/2023 04:11:16.787 | | | | | 8.199 |
| 628 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 03/08/2023 08:07:56.281 | | 03/08/2023 04:00:26.254 | | | | | 7.875 |
| 629 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 03/09/2023 08:10:48.771 | | 03/09/2023 04:22:40.145 | | | | | 8.198 |
| 630 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 03/10/2023 08:12:48.584 | | 03/10/2023 04:00:21.367 | | | | | 7.792 |
| 631 | David M Erb | | 40590 | | Remove engine room equipment | | Ivankovich, Steve | | 03/13/2023 10:22:25.131 | | 03/13/2023 04:00:11.666 | | | | | 5.63 |
| 632 | David M Erb | | 40590 | | *A10: Replace and reposition | | Ivankovich, Steve | | 03/14/2023 08:00:18.611 | | 03/14/2023 04:00:33.296 | | | | | 8.004 |
| 633 | David M Erb | | 40590 | | *A20. Remove all Kamewa | | Ivankovich, Steve | | 01/18/2023 08:05:38.891 | | 01/18/2023 12:10:38.579 | | | | | 4.083 |
| 1434 | bcarrasco | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 12/13/2022 01:15: | | 12/13/2022 04:35: | | | 3.33 | | 3.333 |
| 1435 | bcarrasco | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 01/05/2023 08:25: | | 01/05/2023 12:27: | | | 4.04 | | 4.033 |
| 1436 | bcarrasco | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 01/05/2023 12:59: | | 01/05/2023 04:39: | | | 3.67 | | 3.667 |
| 1437 | bcarrasco | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 01/05/2023 07:46:59.081 | | 01/05/2023 12:29:21.284 | | | | | 4.706 |
| 1438 | bcarrasco | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 12/14/2022 08:40: | | 12/14/2022 12:19: | | | 3.65 | | 3.65 |
| 1439 | bcarrasco | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 01/05/2023 12:55:00.847 | | 01/05/2023 04:40:29.930 | | | | | 3.758 |
| 1440 | bcarrasco | | 40590 | | R14: Cut free and Rig main | | Ivankovich, Steve | | 12/14/2022 07:54:06.158 | | 12/14/2022 12:21:11.731 | | | | | 4.452 |
| 1441 | bcarrasco | | 40590 | | Redesign and Reposition Exhaust | | Ivankovich, Steve | | 12/13/2022 | | 12/13/2022 | | | 3.33 | | 3.33 |

## Octopussy Payroll per RO Report

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Tech Name | | RO # | | Job Title | | Customer Name | | Start Date & Time | | End Date & Time | | | Actual Hours | | Duration |
| 1466 | bcarrasco | | 40590 | | Redesign and Reposition Exhaust | | Ivankovich, Steve | | 1/5/2023 8:25 | | 1/5/2023 12:27 | | | 4.04 | | 4.03 |
| 1467 | bcarrasco | | 40590 | | Redesign and Reposition Exhaust | | Ivankovich, Steve | | 1/5/2023 12:59 | | 1/5/2023 4:39 | | | 3.67 | | 3.67 |
| 1482 | | | | | | | | | | | | | | | | |