# Exhibit "I"

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 0:25-cv-61374-EA**

HERON ENTERPRISES LLC,
*Plaintiff,*
v.
STARBOARD YACHT GROUP LLC and
CHARLES J. STRATMANN,
*Defendants.*

**DEFENDANTS' INITIAL DISCLOSURES**
**PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Defendants Starboard Yacht Group LLC ("SYG") and Charles J. Stratmann ("CJS") (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 26(a)(1), hereby provide their Initial Disclosures to Plaintiff Heron Enterprises LLC ("Heron").

## A. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), Defendants identify the following individuals:

### 1. Defendants and SYG Personnel

**Charles J. "Jake" Stratmann**, CEO, Starboard Yacht Group LLC
Email: jake@starboardyacht.com | Phone: (954) 873-8546
Topics: All aspects of Heron project; SHM/LMC access denial; third-party interference; damages.

**Jeff Vrana**, Installation Technician, Starboard Yacht Group LLC
Email: jeff@starboardyacht.com
Topics: Humphree installation work; access denial impacts.

### 2. Heron Enterprises / Oceans Yachting Representatives

**James Bailie** (a/k/a James Quintessa, James Quinones), Heron Contact/Captain
Email: Captbailie@gmail.com | Phone: (954) 552-8090
Topics: Humphree system selection; project communications; SYG/SHM access issues.

**Aaron Abramowitz**, Director, Oceans Yachting LLC
Email: aaron@oceansyachting.com | Phone: (203) 243-0191
Topics: Project timeline communications; litigation threats; February 2025 pressure.

### 3. Safe Harbor Marinas / Lauderdale Marine Center Personnel

**Carolina Corral Gonzalez, Esq.**, Senior Vice President, Safe Harbor Marinas

Email: ccorral@shmarinas.com | Phone: (787) 438-1436
Topics: Corporate access denial decisions; LMC policy directives.

**Lazaro "Laz" Roig**, General Manager, Lauderdale Marine Center
Email: LRoig@shmarinas.com | Phone: (561) 889-7078
Topics: Access denial instructions; reinstatement communications.

**Georgia Tookey**, Office Manager, Lauderdale Marine Center
Email: gtookey@shmarinas.com
Topics: December 12, 2024 termination notice; access denial administration.

**David Demers**, Subcontractor Operations, Safe Harbor Marinas
Email: ddemers@shmarinas.com
Topics: December 6, 2024 work referral; pre-lockout operations.

**Cliff DeFreitas**, SHM LMC
Email: cdefreitas@shmarinas.com | Phone: (954) 701-2501
Topics: Settlement discussions.

**Bill Pratley**, Safe Harbor Marinas
Email: bpratley@shmarinas.com
Topics: August 15, 2025 access revocation.

**Bruce McFarlane**, Executive, Safe Harbor Marinas
Email: bmcfarlane@shmarinas.com
Topics: Access denial policy; LMC operational decisions.

**James Stroup**, Safe Harbor Marinas / Lauderdale Marine Center
Contact: Unknown at this time (will be supplemented)
Topics: Communications regarding access to the vessel and yard; decision chain for access restrictions; coordination with Safe Harbor/LMC personnel and counsel relating to SYG's ability to perform.

**4. Akerman LLP (SHM Counsel)**

**James E. Rogers**, Partner, Akerman LLP
Email: james.rogers@akerman.com | Phone: (713) 968-3861
Topics: Settlement enforcement; SHM litigation strategy; payment demands.

**Kenneth C. Alberstadt**, Partner, Akerman LLP
Email: kenneth.alberstadt@akerman.com
Topics: Safe Harbor/Guggenheim transactions; conflict of interest.

**Sean Cichowski**, Associate, Akerman LLP
Email: sean.cichowski@akerman.com
Topics: Settlement communications; SHM litigation coordination.

**5. Humphree USA / Equipment Suppliers**

**Connor Murphy**, Humphree USA Sales
Email: connor@humphree-usa.com
Topics: Equipment specifications; pricing; delivery timeline.

**Henrik Hartman**, Humphree Accounts Receivable
Email: henrik@humphree-usa.com
Topics: Payment history; set-off issues.

**6. Vessel Ownership / Principal**

**Jim Hunt**, Principal/Owner, Heron Enterprises LLC
Topics: Vessel ownership; project authorization; communications with representatives.

Defendants reserve the right to supplement this list as discovery proceeds.

**B. DOCUMENTS AND ELECTRONICALLY STORED INFORMATION**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), Defendants identify the following categories:

1. Contract documents between SYG and Heron regarding the Humphree installation;
2. Correspondence with Heron representatives (James Bailie, Aaron Abramowitz);
3. Correspondence with SHM/LMC regarding access denial and reinstatement;
4. SMS/text message communications relevant to project timeline and access;
5. Humphree equipment purchase orders, invoices, and shipping documentation;
6. Photographs documenting work performed and vessel condition;
7. Financial records related to the project;
8. SHM/LMC Settlement Agreement and wire transfer confirmations;
9. Documents evidencing third-party interference with SYG's ability to perform.

Documents will be produced with Bates numbers HRN-[CATEGORY]-[NUMBER]. Defendants reserve the right to supplement.

**C. DAMAGES COMPUTATION**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii):

**1. Third-Party Interference:** SYG was prevented from completing the Heron project due to access denial by SHM/LMC beginning December 12, 2024.

**2. Settlement Payments Under Duress:** $237,250 paid to SHM LMC ($119,250 Feb 2025; $118,000 Apr 2025).

**3. Lost Business:** Lost contracts during lockout period. Computation ongoing.

**4. Counterclaim Reservation:** Defendants reserve counterclaims for tortious interference.

**D. INSURANCE AGREEMENTS**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv):

**Named Insured:** Starboard Yacht Group, LLC
**Policy Number:** UM00075515MA24A
**Carrier:** XL Specialty / XL America, Inc. (Subscribing Underwriters)
**Policy Period:** April 3, 2024 through April 3, 2025
**Broker:** Robert J. Peres, Southeast Insurance Group, (305) 283-9495

A copy will be made available upon request.

These disclosures are made without waiver of objections, privilege, or work product protection. Defendants reserve the right to amend and supplement.

Dated: January 23, 2026

Respectfully submitted,

/s/ Charles J. Stratmann
Charles J. Stratmann, Pro Se
On behalf of himself individually
jake@starboardyacht.com | (954) 873-8546

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 23, 2026, I served the foregoing by email upon:

Emily R. McWey, Esq.
Christina M. Schwing, Esq.
Holland & Knight LLP
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202
emily.mcwey@hklaw.com
chris.schwing@hklaw.com

/s/ Charles J. Stratmann
Charles J. Stratmann